UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**FILED**
MAY 3 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

C 07 3085 M(D) CW

**FILED**
JUN 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Alexis Mager Lakusta
      BK No. 02-31521 TEC7 (Chapter 7)
      Bankruptcy Judge Thomas E. Carlson

Dear Mr. Wieking:

[X] Enclosed please find a conformed copy of the **Notice of Appeal, Statement of Election to District Court, Application For Leave To File Appeal From Order Directing Dismissal Of Action With Prejudice, Court Certificate of Mailing**, the docket report and the order being appealed for assignment to a district court judge.

[] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please be advised that **the appellant requests in his Notice of Appeal that this case be assigned to the Honorable William H. Alsup, to whom appellant's appeal from the status conference order issued in connection with appellant's "Motion for Abandonment" has been assigned.**

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to U.S. Bankruptcy Court, San Francisco Division.

GLORIA L. FRANKLIN, Clerk
United States Bankruptcy Court

Dated: 05/31/2007           By: _____*Quan Lu*_____
                                  Deputy Clerk