Entered on Docket
May 12, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 11, 2006

E-filing

THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 02-31521 TC |
| ALEXIS MAGER LAKUSTA, | ) Chapter 7 |
| | ) Date: May 12, 2006 |
| | ) Time: 9:30 a.m. |
| | ) Ctrm: Courtroom 23 |
| Debtor. | ) |

**ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT**

Upon due consideration, and for the reasons stated in the accompanying memorandum, the court hereby issues the following order regarding Debtor's motion to compel abandonment of certain legal claims (the Motion).

(1) The hearing on the Motion, which was scheduled for May 12, 2006 at 9:30 a.m., is hereby vacated.

(2) The Motion is denied.

(3) Pursuant to 11 U.S.C. § 554, none of the legal claims that the estate may have against any party shall be abandoned upon the closing of the case.

(4) The Order Granting Limited Relief From Stay entered by this court on April 18, 2006 is hereby vacated. Any action that

ORDER DENYING DEBTOR'S
MOTION FOR ABANDONMENT

-1-

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated May 31, 2007
by _____
Deputy Clerk

1  was filed pursuant to that Order (New Action) is therefore subject
2  to the automatic stay of 11 U.S.C. § 362(a) from this date forward.
3       (5)  Because the claims involved in any New Action have not
4  been abandoned, Trustee remains the real plaintiff in any New
5  Action.  Trustee shall sign and submit for filing in any New Action
6  a motion or notice of dismissal prepared by one or more of the
7  defendants to such New Action.

**\*\*END OF ORDER\*\***

ORDER DENYING DEBTOR'S
MOTION FOR ABANDONMENT

-2-

## Court Service List

Alexis Mager Lakusta
1259 El Camino Real, Suite 245
Menlo Park, CA 94025

David A. Schuricht, Esq.
Law Offices of Katzen and Schuricht
1981 North Broadway, Suite 340
Walnut Creek, CA 94596

David V. Duperrault, Esq.
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

David A. Boone, Esq.
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

Catherine Schlomann Robertson, Esq.
Pahl and Gosselin
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1700

Office of the U.S. Trustee
235 Pine Street
Suite 700
San Francisco, CA 94104