Alexis Mager Lakusta,
*in propria persona*
1259 El Camino Real #245
Menlo Park, CA 94025
(650) 566-9971

E-filing

FILED
MAY 25 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07  3085  CW

In re:                                          ) Case No.: No. 02-31521
                                                ) Chapter 7
Alexis Mager Lakusta.                           )
                                                ) **STATEMENT OF ELECTION**
        Debtor, Appellant                       ) **TO HAVE APPEAL HEARD BY**
                                                ) **THE U.S. DISTRICT COURT**
                                                )

Alexis Mager Lakusta, Debtor, hereby elects, under 28 U.S.C. section 158(c)(1), to have his appeal from the ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT of United States Bankruptcy Judge Thomas E. Carlson, entered on May 12, 2006, to be heard by the United States District Court. This separate statement of election is attached to the Notion of Appeal and a copy of the order being appealed from and is made pursuant to Federal Rules of Bankruptcy Procedure, Rule 8001(e).

Dated: May 24, 2007     Signed: Alex Mager Lakusta
                                Alexis Mager Lakusta,
                                *in propria persona*
                                1259 El Camino Real #245
                                Menlo Park, CA 94025
                                (650) 566-9971

## PROOF OF SERVICE BY MAIL

Case Name: In re Alexis Mager Lakusta

Case Number: BK Case No. 02-31521

Gary M. Hess declares:

I am over the age of 18 years, not a party to this action, and I am employed at Shmoover Movers in Menlo Park, California.

On May 25, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

### NOTICE OF APPEAL

### STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE U.S. DISTRICT COURT

in a sealed envelope, with postage thereon fully prepaid, addressed to:

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104
(415) 957-3104
[former counsel to Charles E. Sims, Trustee, deceased]

Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
(415) 705-3333

Mark H. Evans and
Old La Honda Properties, LLC
counsel:  Catherine Schlomann Robertson
          Pahl and Gosselin
          225 West Santa Clara Street, Suite 1500
          San Jose, CA 95113-1700
          (408) 286-5100

Chicago Title Company
counsel:  Kathleen J. Moorhead
          100 N. Wiget Lane, Suite 150
          Walnut Creek, CA 94598
          (925) 930-9550

Sharon E. LaFountain
13651 Saratoga-Sunnyvale Road
Saratoga, CA 95070
(408) 867-2000
counsel: unknown

David A. Boone, Esq.
counsel: James Robert
Roberts and Elliott LLP
Ten Almaden Blvd.
Suite 500
San Jose, CA 96113
(408) 275-9800

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110
(409) 573-5700
counsel: unknown

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807
(408) 720-7007
counsel: unknown

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

DATED:   May 25, 2007

_____
Gary M. Hess