UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 3 1 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

07 3085

CW

In re

Alexis Mager Lakusta

        Debtor

Case No.   02-31521 TEC 7

Chapter   7

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court from the Northern district of California, at San Francisco do hereby certify:

That I, in the performance of my duties as such clerk, served a copy of **Notice of Appeal and Statement of Election to District Court** by depositing it in the regular mail at San Francisco, California, on the date shown below, in a sealed envelope, addresses as listed below:

United States Trustee
235 Pine St. #700
San Francisco, CA 94104

United States District Court
450 Golden Gate Avenue
P. O. Box 36060
San Francisco, CA 94102-3489

Aron M. Oliner, Esq.
Law Offices of Duane Morris
1Market Spear Tower #2000
San Francisco CA 94105-1411

Mark Evan and Old La Honda Properties LLC
c/o Catherine Schlomann Robertson, Esq.
Pahl and Gosselin
225 West Santa Clara St. #1500
San Jose CA 95113-1700

Chicago Title Co.
Kathleen J. Moorhead
Peter K. Wolff, Jr.
100 N Wiget Ln. #150
Walnut Creek CA 94598

David Duperrault and
Silicon Valley Law Group
25 Metro Dr. #600

Sharin E LaFountain
13651 Saratoga-Sunnyvale Rd.
Saratoga CA 95070

David A. Boone, Esq.
C/o James Roberts, Esq.
Roberts and Elliott LLP
10 Almaden Blvd. #500
San Jose CA 95113

Wayne A. Silver, Esq.
333 W El Camino Real
Sunnyvale CA 94807
San Jose CA 95110

Date: 5/31/2007                                    Deputy Clerk:    Quan Lu