IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN RE: ALEXIS MAGER LAKUSTA,

    Plaintiff,

v.

RE: ALEXIS MAGER LAKUSTA,

    Defendant.

_____/

No. C-07-03085 CW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
    Bankruptcy Case: 02-31-21
    Adversary No.:
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-07-03085 CW before the Honorable Claudia Wilken.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 9/18/2007 in Courtroom 2, Oakland.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Jun 13, 2007

                        For the Court
                        Richard W. Wieking, Clerk

                        MARY ANN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record