**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ALEXIS MAGER LAKUSTA,

    Debtor, Appellant.
_____

IN RE:

ALEXIS MAGER LAKUSTA,

    Debtor, Appellant.
_____/

No. C. 06-3431 SBA

No. C 07-3085 CW

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

    Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case to District Judge Saundra Brown Armstrong to consider whether these cases are related.[1]  Parties shall file

---

[1] Appellant Alexis Mager has filed two other bankruptcy appeals in the Northern District of California: <u>Lakusta v. Evans</u>, case number C 06-6105 PJH and <u>Lakusta v. United States Bankruptcy Trustee</u>, case number C 07-0227 WHA.  On January 12, 2007, a clerk's notice that case numbers C 06-3431 SBA and C 06-6105 PJH are not related was entered in both cases.  On June 14, 2007, an order of referral was issued to determine if case number C 07-0227-WHA is related to case number C 06-6105 PJH.  That order of referral is still pending.

1  any response in opposition to or in support of relating the cases
2  within five (5) days of receipt of this Order.

4  Dated  6/21/07                             /s/ Claudia Wilken
5                                             CLAUDIA WILKEN
                                               United States District Judge

7  cc:  SBA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 CW
CV06-03431 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

Catherine Schlomann Robertson
Pahl & Gosselin
225  W. Santa Clara St.
Suite 1500
San Jose,  CA 95113

Charles E Sims
4225 Solano Ave., Box 738
Napa,  CA 94558

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

James  Robert
Roberts and Elliott LLP
Ten Almaden Blvd

1 | Suite 500
San Jose, CA 96113

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga, CA 95070

Thomas E. Carlson
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Wayne Silver
333 W. El Camino Real
Sunnyvale, CA 94807

Aron Mark Oliner
Duane Morris, LLP
One Market Street, Suite 2000
San Francisco, CA 94105

Dated: June 21, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk