Charles E Sims
4225 Solano Ave., Box 738
Napa, CA 94558

CV07-03085 CW

