UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL - 5 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**FILED**
JUL - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:   Alexis Mager Lakusta
      BK No. 02-31521 TEC7 (Chapter 7)
      Bankruptcy Judge Thomas E. Carlson
      **District Court Case No: C-07-3085 CW**

Dear Mr. Wieking:

We are transmitting the following documents electronically to your court:

[] Enclosed please find copies of **Appellant Designation of Records** and **Statement of Issues** filed on 06/4/2007 in the above bankruptcy case. Also enclosed is a copy of **Supplemental Appellant Designation of the Record** filed on 06/25/2007.

[] Enclosed please find the records designated by the appellant re the appeal filed in the Bankruptcy Court and referenced to the above District Court case.

[] Enclosed please find the copies of pleadings in amended designation of record for an appeal that has been previously sent to the district court.

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to U.S. Bankruptcy Court, San Francisco Division.

GLORIA L. FRANKLIN, Clerk
United States Bankruptcy Court

Dated: July 5, 2007         By: _____*Quan Lu*_____
                                    Deputy Clerk