Alexis Mager Lakusta,
in propria persona
1259 El Camino Real #245
Menlo Park, CA 94025
(650) 566-9971

FILED

JUN 0 4 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                ) Case No.: No. 02-31521
                                      ) Chapter 7
Alexis Mager Lakusta,                 )
                                      )
            Debtor, Appellant         )
                                      )
v.                                    ) **DESIGNATION OF THE RECORD**
                                      ) **FOR APPEAL FROM ORDER**
Mark Evans, et al.                    ) **DENYING DEBTOR'S MOTION**
                                      ) **FOR ABANDONMENT**
            Appellees                 )
                                      )

**ITEMS TO BE INCLUDED IN THE RECORD FOR THIS APPEAL**

1. Application for Order Shortening Time and Limiting Time and Limiting Notice on Motion for Abandonment

2. Schuricht Declaration Supporting (1) Application for Order Shortening Time, Etc., and (2) Motion for Abandonment

3. Lakusta Declaration Supporting (1) Application for Order Shortening Time, Etc., and (2) Motion for Abandonment

4. A proposed Order Shortening Time and Limiting Notice on Motion for Abandonment

5. Notice of Hearing on Lakusta's Motion for Abandonment

6. Lakusta's Motion for Abandonment

7. Lakusta's Memorandum of Points and Authorities Supporting Motion for Abandonment

8. Certificate of Service of Notice of Hearing on Lakusta's Motion for Abandonment

9. Supplemental Certificate of Service Re Lakusta's Motion for Abandonment

10. Order Granting Limited Relief from Stay, signed and filed April 16, 2006

11. Substitution of Attorney, May 11, 2006

12. Ex Parte Application for Order Authorizing Withdrawal of Debtor's Counsel

13. Certificate of Service of Ex Parte Application for Order Authorizing Withdrawal of Debtor's Counsel, Etc.

14. A proposed Order Authorizing Withdrawal of Debtor's Counsel

15. Faxed Letter to Jennifer Hayes, Law Clerk to the Honorable Thomas E. Carlson, with cover page and copy of Complaint filed in the Superior Court of the State of California on April 21, 2006, as requested by Judge Carlson

16. Faxed reply from the Hon. Thomas E. Carlson, May 11, 2006, including Memorandum and Order Denying Motion for Abandonment

17. Notices of Appeal and Statements of Election to Have Appeal Heard by the U. S. District Court, May 22, 2006, September 22, 2006, and December 28, 2006 (including Memorandum Re Order Directing Estate to Dismiss Action)

18. Letter of Understanding and Intent, March 15, 2002

19. Partnership Agreement, dated March 26, 2002

20. Estimated Settlement Statement, Chicago Title Company, File No. 902696, Settlement Date April 22, 2002

21. Grant Deed, 548 Old La Honda Road, dated March 26, 2002, copy of certified copy, and Grant Deed, 633 Old La Honda Road, dated April 16, 2002

22. Payment demand sheet provided by Mark Evans on approximately May 23, 2002, seeking "reimbursement" and payments totaling $166,322.00

23. Voluntary Petition, Alexis Mager Lakusta, June 4, 2002

24. Adversary Proceeding, Lakusta vs. Evans, June 10, 2002

25. Application for Temporary Retraining Order as to Disposal of Property and Setting Hearing on Preliminary Injunction; Memorandum of Points and Authorites in Support of Granting a Temporary Restraining Order (June 7, 2002)

26. Declaration of Alexis Mager Lakusta in Support of Application for Preliminary Injunction, June 13, 2002

27. <u>All other</u> Temporary Restraining Documents in the record, <u>including</u> Lakusta's Declaration in Support of TRO

28. Order Granting Temporary Restraining Order and Setting Hearing of Preliminary Injunction, June 13, 2002

29. Summary of Schedules, Alexis Mager Lakusta, July 8, 2002

30. Transcript of July 10, 2002 341 Meeting of Creditors

31. Email to David Duperrault from Terri Molinaro, July 16, 2002, 2:22 p.m., with attachments California Civil Code §1895-1695.17 and §2945-2946.11

32. Email to David Duperrault from David Boone, July 17, 2002, 11:50 a.m.

33. Confidential Settlement Communications: Letter to David A. Boone from David Duperrault, July 18, 2002

34. Initial drat of Settlement Agreement (July 18, 2002) – for this entry and next entry please see "Defendant Mark H. Evans' List of Exhibits", filed May 02, 2005

35. Draft Settlement Agreements (1) through (8) from July 18, 2005, per "Mark H. Evans' List of Exhibits", exhibit E., filed May 02, 2005

36. Supplemental Agreement (all versions), dated July 16, 2002 (please check Evans' exhibits)

37. Executed Settlement Agreement and Release, dated July 16, 2002

38. Reporter's Transcript, prepared by Linda Pugliese, CSR, for July 18, 2002

39. Promissory Note Secured by Deed of Trust, July 18, 2002

40. Deed of Trust, July 18, 2002, with Certificate of Acknowledgement of Notary Public for David A. Boone and Request for Full Reconveyance to Chicago Title Company

41. Notice of Debtor's Intent to Enter Into Compromise of Controversy

42. Letter to Ms. Higgins from David Duperrault, July 25, 2002

43. Email to David Boone from David Duperrault, July 30, 2002, 6:59 p.m.

44. Email to David Duperrault from David Boone, July 31, 2002, 10:29 a.m.

45. Order Approving Compromise of Controversy, August 19, 2002

46. Email to Mark Evans from David Duperrault, August 30, 2002, 11:13 a.m.

47. Email to David Boone from David Duperrault, September 11, 2002, 11:54 a.m.

48. Email to David Duperrault from David Boone, September, 14, 2002, 9:32 a.m.

49. Letter to Mark Evans from David Boone, September 27, 2002

50. Letter to Scott Goodsell from David Duperrault, October 8, 2002

51. Substitution of Counsel for Debtor, Northern District of California Bankruptcy Court, No. 02-31521 TC, filed October 8, 2002

52. Bill from Law Offices of David A. Boone directed to Alexis Mager Lakusta, dated October 16, 2002

53. Notice of Hearing on Final Application of the Law Offices of David A. Boone for Allowance of Compensation and Reimbursement of Expenses Under Employment as Counsel to Debtor, November 8, 2002

54. Debtor's Objection to Final Fee Application (Law Offices of David A. Boone) November 8, 2002

55. Declaration of Alexis Lakusta in Support of Debtor's Objection to Final Fee Application, November 8, 2002

56. Letter to David Duperrault from Scott Goodsell, November 25 2002

57. Motion to Enforce Settlement Agreement, December 6, 2002

58. Declaration of David Duperrault in Support of Motion to Enforce Settlement Agreement

59. Declaration of Mark Evans in Support of Motion to Enforce Settlement Agreement

60. Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22, 2002

61. Declaration of Scott Goodsell in Support of Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22, 2002

62. Declaration of Alexis Lakusta in Support of Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22. 2002

63. Transcript of Hearing, December 6, 2002

64. Creditor's Response to Order to Show Cause Why Case Should Not Be Converted to Chapter 7, December 19, 2002 (Maureen McQuaid, Attorneys for Thomas H. Tornga, Trustee)

65. Transcript of Hearing, December 19, 2002

66. Order Authorizing Trustee to Abandon Estate's Interest in Real Property [633 Old La Honda Road, Woodside, California], March 27, 2003

67. Ex Parte Application For Order Shortening Time to Consider Emergency Motion Motion for Clarification of Order Restricting Transfer of Property, April 24, 2003

68. Emergency Motion for Clarification of Order Restricting Transfer of Property. April 24, 2003, and all related documents

69. Order Granting Emergency Motion for Clarification of Order Restricting Transfer of Property, April 25, 2003

70. Summary of Schedules, Old La Honda Properties, LLC, May 13, 2003

71. Stipulation and Order of Dismissal, June 18, 2003

72. Complaint for Unlawful Detainer, June 23, 2003

73. Complaint for Relief Bases on Cancellation of Contract; For Money Damages; and for Damages for Fraud, CC 1695 et seq

74. Declaration Re: Daily Rental Value Date Unlawful Detainer Complaint was Filed, August 5, 2003

75. Transcript of Motion for Relief from Stay, August 5, 2003

76. Transcript of Unlawful Detainer Trial, August 5, 2003

77. Unlawful Detainer Judgment, August 5, 2003

78. Writ of Possession, August 5 2003

79. Notice of Cancellation 8/14/03, Mark Evans and to Responsible Indiv Old La Honda Properties LLC, Shirley Scaglione, Chicago Title Company (3 pages)

80. Notice of Motion and Motion to Object to Annulment and Relief from Stay, August 15, 2003

81. Notice of Motion and Motion for Annulment and Relief from Stay, August 18, 2003

82. Transcript of Hearing, August 18, 2003

83. Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under 11 U.S. C. §363 [633 Old La Honda Road, Woodside, CA], September 8, 2003

84. Transcript of Hearing, September 8, 2003

85. Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 [633 Old La Honda Road, Woodside, CA], October 14, 2003

86. Transcript of Hearing, October 14, 2003

87. Status Conference Statement, January

88. Lakusta's Opposition to Confirmation of Sale, April 5, 2004, including all exhibits (not provided with this filing)

89. Katzen's Declaration Opposing Sale Confirmation, April 5. 2004

90. Lakusta's Declaration Supporting Opposition to Confirmation of Sale, April 5, 2004

91. Abandonment order that confirms Notice of Trustee's Intention to Abandon Estate's Interest in Real Property and Opportunity for Hearing (548 Old La Honda Road, Woodside, California), July 27, 2004 (no copy available for this filing)

92. Notice of Motion for Order Disqualifying Opposing Counsel, April 26, 2005

93. Declaration of Alexis Mager Lakusta in Support of Motion to Disqualify Stephen D. Pahl, Esq., and the Law Firm of Pahl and Gosselin, April 26, 2005

94. Declaration of Stephen V. Wickersham in Support of a Motion to Disqualify Stephen D. Pahl, Esq. and the Law Firm of Pahl and Gosselin, April 26, 2005

95. Memorandum of Points and Authorities in Support of an Order Shortening Time on a Motion to Disqualify Stephen D. Pahl, Esq. and the Law Firm of Pahl and Gosselin, April 26, 2005

96. Declaration of Alexis Mager Lakusta in Support of Motion to Disqualify Stephen Pahl, Esq., and the Law Firm of Pahl and Gosselin in Reply to the Declaration of Stephen Pahl, Esq., May 4, 2005

97. Opposition to Motion Disqualifying Pahl and Gosselin, May 9, 2005

98. Billing Statement, Pahl and Gosselin, A.P.C.

99. Transcript of Hearing on Motion to Disqualify Pahl and Gosselin, May 9, 2005 ("Sealed")

100. Pahl and Gosselin Trial Brief (Phase 1), May 02, 2005

101. Transcript of Deposition of David A. Boone, May 11, 2005

102. Transcript of Trial Adversary Proceeding No.03-3549 TC, May 13, 2005 and May 19, 2005

103. Notice of Entry of Judgment After Trial and Judgment After Trial, June 8, 2005

104. Transcript of Motion to Declare Mr. Lakusta a Vexatious Litigant and to Enjoin Him from Further Proceedings, August 11, 2006

105. Letter to Judge Carlson dated November 20, 2006

106. Letter to Ron Oliner dated November 28, 2006, with attachments

107. Letter to Judge Carlson dated December 11, 2006, with attachments

108. Transcript of Statue Conference, December 11, 2006

109. Purchase Contract for 633 Old La Honda Road, submitted (1) by counsel for Evans on August 5, 2003 (partially illegible) and (2) at deposition of Alexis Mager Lakusta

110. Exhibits to 60b Motion filed June 8, 2006:
    Robert E. Patterson Declaration, May 20, 2006, with exhibit
    escrow document for 633 Old La Honda Road Purchase Contract
    escrow cancellation document 10/17/02 escrow no. 02970-000902605-001
    escrow documents for 548 Old La Honda Road Purchase Contract
    escrow cancellation document 10/17/02 escrow no. 02970-000902606-001

This designation is not complete. Additional items will be added in a supplemental designation of the record.

Dated: _____June 4, 2007_____   Signed: _____Alexis Mager Lakusta_____
Alexis Mager Lakusta,
in propria persona
1259 El Camino Real #245
Menlo Park, California 94025
(650) 566-9971