FILED

JUN 2 5 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  Alexis Mager Lakusta,
   *in propria persona*
2  1259 El Camino Real #245
   Menlo Park, CA 94025
3  (650) 566-9971

4

5              UNITED STATES BANKRUPTCY COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8  In re:                        ) Case No.: No. 02-31521
                                 ) Chapter 7
   Alexis Mager Lakusta,         )
9                                )
              Debtor, Appellant  )
10                               )
   v.                            ) **SUPPLEMENTAL DESIGNATION**
11                               ) **OF THE RECORD FOR APPEAL**
   Mark Evans, et al.            ) **FROM ORDER DENYING DEBTOR'S**
12                               ) **MOTION FOR ABANDONMENT**
              Appellees          )
13  _____)

14  **ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD FOR THIS APPEAL**

15

16  111. Grant Deed to 633 Old La Honda Road, dated September 11, 1990 (Henry
        and Rosemary Hayes to Alexis M. Lakusta) - transfer tax: $1,061.50

17  112. Grant Deed to 548 Old La Honda Road, dated December 12, 1996 (Muazam
18       and Deborah Shaikh to Alexis M. Lakusta) - transfer tax: $407.00

19  113. Purchase Contract, 548 Old La Honda Road, Woodside, CA between Alexis
        M. Lakusta and Darleen Barnes, February 4, 2002 – purchase price:
20       $400,000.00

21  114. Purchase Contract, 579 Old La Honda Road, Woodside, CA between Alexis
        M. Lakusta and Darrell Brooks/Suzanne Nourmand, February 5, 2002 –
22       purchase price:  $1,235,000.00

23  115. PRDS Exclusive Authorization and Right to Sell between Alexis Lakusta and
        Re/Max Pioneer, August 28, 2002 and Purchase Contract to sell 579 Old La
24       Honda Road to Darrell Brooks and Suzanne Nourmand for $1,200,000.00

25  116. Declaration of Scott L. Goodsell in Support of Debtor's Objection to Final
        Fee Application (Law Offices of David A. Boone), November 4, 2002

                SUPPLEMENTAL DESIGNATION OF THE RECORD FOR APPEAL FROM
                ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT  -  1

1   117. Stipulation to Dismiss Complaint Without Prejudice, Nobember 26, 2002

2   118. Order to Show Cause Why Case Should Not Be Converted to Chapter 7,
         December 11, 2002

3

4   119. Response to OSC Re Conversion of Case to Chapter 7, December 16, 2002

5   120. Notice of Hearing on Motion to Sell Real Property Free and Clear of Liens
         and Interests (548 Old La Honda Road, Woodside, California),
6      December 16, 2002

7   121. Memorandum of Points and Authorities in Support of Motion to Approve
         Sale of Certain Real Property Free and Clear of Liens and Interests (548
8      Old La Honda Road, Woodside, California), December 16, 2002

9   122. Declaration of Alexis Lakusta in Support of Motion to Approve Sale
         of Certain Real Property Free and Clear of Liens and Interests (548 Old La
10     Honda Road, Woodside, California), December 16, 2002

11  123. Response by Mark Evans to Order to Show Cause Why Case Should Be
         Concerted to Chapter 7, December 18, 2007
12

13  124. Declaration of Mark Evans in Response to OSC, December 18, 2002

14  125. Preliminary Title Report, 633 Old La Honda Road, Woodside, California,
         January 31, 2003

15  126. Grant Deed, 633 Old La Honda Road, dated April 28, 2003 (Mark Evans to
         Old La Honda Properties, LLC) – transfer tax: $0.00
16

17       Quitclaim Deed, 633 Old La Honda Road, dated October 20, 2003 (Mark
         Evans to Old La Honda Properties, LLC) -  transfer tax: $0.00

18  127. Notice of Filing of Notice of Removal of Action 28 U.S.C. 1334 (B), 1452;
         F.R.B.P. 9027, June 30, 2003
19

20  128. Statement in Opposition to Petition for Injunction; Request for Judicial
         Notice,  Mark Evans, July 12, 2003
21

22  129. Notice to Vacate, San Mateo County Sheriff's Office - Old La Honda
         Properties vs. Alexis M. Lakusta, August 5, 2003

23  130. Declaration of Mark Evans in Support of Motion to Sell Asset of Estate Free
         and Clear of Liens and Interests Under 11 U.S.C. §363 (633 Old La Honda
24     Road, Woodside, CA), Old La Honda Properties, LLC, August 8, 2003

25  131. Notice of Motion and Motion for Annulment and Relief from Stay,
         Old La Honda Properties, LLC, August 11, 2003

132. Order Authorizing Debtor-in-Possession to List Real Property for Sale and Enter Into Exclusive Listing Agreement (633 Old La Honda Road, Woodside, CA), Old La Honda Properties, September 8, 2003

133. Filed for Old La Honda Properties, LLC, September 10, 2003:

   - Notice of Motion and Motion to Sell Asset of Estate (633 Old La Honda Road, Woodside, CA)

   - Declaration of Mark Evans in Support of Motion to Sell Asset of Estate (633 Old La Honda Road, Woodside, CA)

   - Notice of Motion and Motion for Authorization to Borrow Funds Secured by Super-Priority Lien Under 11 U.S.C. §364(d)

   - Declaration of Mark Evans in Support of Motion for Authorization to Borrow Funds Secured by Super-Priority Lien Under 11 U.S.C. §364(d)

   - Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 (633 Old La Honda Road, Woodside, CA)

   - Order Authorizing Debtor-in-Possession to List Real Property for Sale and Enter into Exclusive Listing Agreement (633 Old La Honda Road, Woodside, CA)

134. Application for Order Shortening Time for Hearing of Application for Entry of Supplemental Order to Sell Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 and Related Relief Under 11 U.S.C. §105 (633 Old La Honda Road, Woodside, CA), Old La Honda Properties, LLC October 8, 2003

135. Declaration of Wayne A. Silver Re: Application for Order Shortening Time and for Application for Entry of Supplemental Order to Sell Asset of Estate Free and Clear of Liens and Interests and Related Relief, Old La Honda Properties, LLC, October 8, 2003

136. Notice of Application and Application for Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 and Related Relief Under 11 U.S.C. §105 (633 Old La Honda Road, Woodside, CA), Old La Honda Properties, LLC, October 8, 2003

137. Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 (Old La Honda Road, Woodside, CA), Old La Honda Properties, LLC, October 14, 2003

138. Deposition of Alexis Mager Lakusta:
   Volume 1, November 20, 2003 (including list of changes),
   Volume 2, December 8, 2003 (including list of changes),
   Volume 3, December 20, 2003

139. Debtor's Status Conference Statement, Old La Honda Properties, LLC, February 6, 2004

140. Notice of Levy, U.S. Marshall, April 1, 2004

141. Claims Register: Case no. 02-31521, $25,000 priority claim filed by David A. Boone, May, 27, 2004

142. Substitution of Attorney, Case no. 02-31521 TC, Alexis Mager Lakusta, In Pro Per, for Steven V. Wickersham, June 20, 2005

143. Objection to Motion for Abandonment, Wayne A. Silver, May 2, 2006

144. Objection to Motion for Abandonment by Debtor Lakusta, David A. Boone, May 4, 2006

145. Opposition to Motion for Abandonment, David V. Duperrault, Silicon Valley Law Group, May 5, 2006

146. Objection to Abandonment of Claims and Request to Declare Alexis Lakusta a Vexatious Litigant, Catherine Schlomann Robertson (PAHL AND GOSSELIN), May 5, 2006

147. Notice of Motion for Amendment of Judgment Under Rule 60(b) and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Amendment of Judgment Under Rule 60(b), June 21, 2005

148. Notice of Motion for Relief from Order Under Rule 60(b), June 24, 2005

149. Order Denying Motion for Amendment of Judgment Under Rule 60(b) and Memorandum Re Plaintiff's Motion for Amendment of Judgment Under Rule 60(b), July 19, 2005

150. Trustee's Final Report and Application for Compensation and Reimbursement of Expenses by Counsel for Chapter 7 Trustee, March 1, 2006

151. Notice of Filing of Final Report of Trustee and of Hearing on Application for Compensation (And of Hearing of Abandonment of Property by the Trustee), April 28, 2006

152. Notice of Motion and Motion for Relief Under Rule 60(b) and Points and Authorities in Support of Motion for Relief Under Rule 60(b), with exhibits, filed June 8, 2006:

　　- Robert E. Patterson Declaration in Motion to Vacate Trail Judgment Entered on June 8, 2005

　　- letter to Alexis Lakusta from Mickey Elizabeth Greer, trustee of Lakusta family trusts and largest creditor Lakusta bankruptcy estate, June 19, 2005

SUPPLEMENTAL DESIGNATION OF THE RECORD FOR APPEAL FROM
ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT - 4

1      - Chicago Title Company ESCROW/ORDER STATUS document,
          548 Old La Honda Road, ORDER NUMBER 02970-000902696,
2        STATUS: CANCELLED 10/17/02

3      - Chicago Title Company SETTELMENT ENTRY RECEIPT
          ESCROW NUMBER: 02970-000902696-001 COM
4        BUYER: EVANS, MARK H.
          TOTAL RECIEPTS:          0.00+
5
       - Chicago Title Company DISBURSEMENT PROCESSING
6        BUYER: EVANS, MARK H.
          ESCROW NUMBER: 02970-000902696-001 COM
7        ORDER NUMBER: 02970-000902696
          CLOSER NAME: Sharon LaFountain
8        APPROVED RECEIPTS:       0.00+
          ISSUED DISBURSE:         0.00+
9
       - Chicago Title Company ESCROW/ORDER STATUS document,
10       633 Old La Honda Road, ORDER NUMBER 02970-000902695,
          STATUS: CANCELLED 10/17/02
11
       - Dreams Foreclosed: The Rampant Theft of American Homes Through
12       Equity-Stripping Foreclosure Rescue Scams (actual pages: 66)

13     - Order Authorizing Sale of Assets of Estate Free and Clear of Liens
          and Interests Under 11 U.S.C. §363 (633 Old La Honda Road,
14       Woodside, CA), including paragraph 4 regarding "All of claims to the
          Proceeds….", signed by Judge Thomas E. Carlson, September 8, 2003
15
       - excerpts from hearings In Re: Old La Honda Properties,
16       September 8, 2003 and October 14, 2003

17     - "Deed Theft Criminals Get More Aggressive at Stealing Your Home",
          Charles Essmeier, March, 2006
18
       - "Laws Add Risks for Equity Purchasers", Foreclosures Today,
19       Warren Racine

20     - alleged "Settlement Agreement and Release", dated July 16, 2002

21   153. Transcript of hearing on Trustee's Final Report and Application for
          Compensation, June 21, 2006
22
     154. Order Closing Case, June 23, 2006
23
     155. Dated June 27, 2006 and signed by Ms. Catherine Schlomann Robertson
24       (PAHL AND GOSSSELIN):

25     - Notice of Motion to Declare Lakusta a Vexatious Litigant and Related
          Motion to Enjoin Filing of Future Pleadings

- Memorandum of Points and Authorities in Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

- Declaration of Catherine Schlomann Robertson in Support of Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

- Request for Judicial Notice In Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

156. Supplemental Request for Judicial Notice In Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings, dated July 19, 2006 and signed by Ms. Robertson

157. Proof of Service of the following documents on Catherine Schlomann Robertson, Esq., PAHL AND GOSSELIN, on July 21, 2006:

   1.) Notice of Motion and Motion for Relief Under Rule 60(b),

   2.) Points and Authorities in Support of Motion for Relief Under Rule 60(b), and

   3.) Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended (copy included)

158. BENEFITS / DETRIMENTS ANALYSIS, July 16, 2002 Document, from Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended

159. Amended Notice to Declare Alexis Lakusta a Vexatious Litigant and Related Motion to Enjoin Future Filings, filed July 21, 2006 and signed by Ms. Robertson

160. Motion to Declare Alexis Lakusta a Vexatious Litigant and Related Motion to Enjoin Future Filings, filed July 21, 2006 and signed by Ms. Robertson

161. Certificate of Service of Amended Notice of Hearing of Declare Alexis Lakusta a Vexatious Litigant and related Motion to Enjoin Future Filings and supporting documentation, filed July 21, 2006

162. Order Denying Motion for Relief Under Rule 60(b), _____, 2006, including Memorandum of Judge Thomas E. Carlson

163. Notice of Intention to File Amended Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended, with Exhibits, including copy of "Point and Authorities in Support of Motion for Relief Under Rule 60(b), Amended" [see 3.) under item #154, above], August 18, 2006

1    164.  Memorandum Re Motion to Declare Alexis Lakusta a Vexatious Litigant,
            September 8, 2006

2

3    165.  Designation of Contents for Inclusion in Record; Statement of Issues to Be
            Presented on Appeal by Respondent, dated December 7, 2006 and signed
            by Ms. Catherine Robertson

4

5    Dated: _____June 25, 2003_____  Signed: _____Alexi, Mega, Lakusta_____

6                                                      Alexis Magér Lakusta,
                                                       *in propria persona*

7                                                      1259 El Camino Real #245
                                                       Menlo Park, California 94025

8                                                      (650) 566-9971

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPPLEMENTAL DESIGNATION OF THE RECORD FOR APPEAL FROM
ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT - 7

## PROOF OF SERVICE BY MAIL

**Case Name:**      **In re Alexis Mager Lakusta**

**Case Number:**    **BK Case No. 02-31521**

Gary M. Hess declares:

I am over the age of 18 years, not a party to this action, and I am employed at Shmoover Movers in Menlo Park, California.

On June 25, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

### STATEMENT OF ISSUES TO BE ADDRESSED IN APPEAL FROM ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT

### DESIGNATION OF THE RECORD FOR APPEAL FROM ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT

### SUPPLEMENTAL DESIGNATION OF THE RECORD FOR APPEAL FROM ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT

in a sealed envelope, with postage thereon fully prepaid, addressed to:

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104
(415) 957-3104
[former counsel to Charles E. Sims,
Trustee, deceased]

Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
(415) 705-3333

Mark H. Evans and
Old La Honda Properties, LLC
counsel:  Catherine Schlomann Robertson
          Pahl and Gosselin
          225 West Santa Clara Street, Suite 1500
          San Jose, CA 95113-1700
          (408) 286-5100

Chicago Title Company
counsel: Kathleen J. Moorhead
        100 N. Wiget Lane, Suite 150
        Walnut Creek, CA 94598
        (925) 930-9550

Sharon E. LaFountain
13651 Saratoga-Sunnyvale Road
Saratoga, CA 95070
(408) 867-2000
counsel: unknown

David A. Boone, Esq.
counsel: James Robert
        Roberts and Elliott LLP
        Ten Almaden Blvd.
        Suite 500
        San Jose, CA 95113
        (408) 275-9800

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110
(408) 573-5700
counsel: unknown

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807
(408) 720-7007
counsel: unknown

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

    I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED:    June 25, 2007

                                    Gary Hess
                                    Gary Hess