UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-03431 SBA**      **In re Alexis Mager Lakusta**

**C 07-00227 WHA**      **Lakusta v. US Trustee**

      **I find that the above case is related to the case assigned to me. SBA**

**C 07-03085 CW**      **In re Lakusta**

      **I find that the above case is related to the case assigned to me. SBA**

ORDER

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:___8/2/07                        *Saundra B Armstrong*
                                    Judge Saundra B. Armstrong

Dated:_____

Judge William H. Alsup

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                                                     **Richard W. Wieking, Clerk**

**DATED: 8/2/07**                                              **By:** _/s/ Lisa R. Clark_
                                                                  **Deputy Clerk**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE ALEXIS AGER LAKUSTA et al,

       Plaintiff,

v.

IN RE ALEXIS AGER LAKUSTA et al,

       Defendant.
                                          /

Case Number: CV06-03431 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco,  CA 94104

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

Thomas E. Carlson

USBC-San Francisco
for the Northern Dist. of CA
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga, CA 95070

Wayne Silver
333 W. El Camino Real
Sunnyvale, CA 94807

Dated: August 2, 2007

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk

Copies to:   Courtroom Deputies
               Case Systems Administrators
               Counsel of Record
Entered into Assignment Program: _____(date)