## PROOF OF SERVICE BY MAIL

**Case Name:** Alexis Mager Lakusta vs. Mark H. Evans, et al.
**Related Actions:**
    No. C-06-03431 SBA
    No. C-07-00227 SBA
    No. C-07-03085 SBA

Shridhar Gore declares:

I am over the age of 18 years, not a party to this action, and I am self-employed at Post N' More in Menlo Park, California.

On August 1, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

**CASE MANAGEMENT SCHEDULING ORDER
FOR REASSIGNED BANKRUPTCY CASES**

in a sealed envelope, with postage thereon fully prepaid, addressed to:

    Catherine Schlomann Robertson
    Pahl and McCay
    225 West Santa Clara Street, Suite 1500
    San Jose, CA 95113-1700

    Kathleen J. Moorhead
    100 N. Wiget Lane, Suite 150
    Walnut Creek, CA 94598

    Sharon E. LaFountain
    Chicago Title Company
    675 N. 1st Street, Suite 300
    San Jose, CA 95112-5111

    James Robert
    Roberts and Elliott LLP
    Ten Almaden Blvd., Suite 500
    San Jose, CA 96113

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED: August 17, 2007

Shridhar Gore