UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE LAKUSTA, | ) | RELATED ACTIONS: |
|  | ) | No. C 06-03431 SBA |
| _____ | ) | No. C 07-00227 SBA |
|  | ) | No. C 07-03085 SBA |
|  | ) | CLERK'S NOTICE |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104
6
     Wayne  Silver
7    333 W. El Camino Real
     Sunnyvale,  CA 94807
8
     Dated: September 19, 2007
9
                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              - 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAKUSTA,                                )          RELATED ACTIONS:
                                              )          No. C 06-03431 SBA
_____             )          No. C 07-00227 SBA
                                              )          No. C 07-03085 SBA
                                              )          CLERK'S NOTICE
                                              )
                                              )
                                              )
                                              )
                                              )
                                              )

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

                                              By: _Lisa R. Clark_____
                                                  LISA R. CLARK
                                                  Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

      Plaintiff,

**CERTIFICATE OF SERVICE**

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

      Defendant.                              /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104

6
     Wayne  Silver
7    333 W. El Camino Real
     Sunnyvale,  CA 94807

8
     Dated: September 19, 2007
9                                        Richard W. Wieking, Clerk
                                         By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 – 3 –

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAKUSTA,                              )          RELATED ACTIONS:
                                           )          No. C 06-03431 SBA
_____            )          No. C 07-00227 SBA
                                           )          No. C 07-03085 SBA
                                           )          CLERK'S NOTICE
                                           )
                                           )
                                           )
                                           )
                                           )
                                           )

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:  9/19/07

                                           FOR THE COURT,
                                           Richard W. Wieking, Clerk

                                           By: _Lisa R. Clark_____
                                                LISA R. CLARK
                                                Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

        Plaintiff,

**CERTIFICATE OF SERVICE**

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104

6

7    Wayne  Silver
     333 W. El Camino Real
     Sunnyvale,  CA 94807

8

     Dated: September 19, 2007

9                            Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

- 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE LAKUSTA, | ) | RELATED ACTIONS: |
| | ) | No. C 06-03431 SBA |
| _____ | ) | No. C 07-00227 SBA |
| | ) | No. C 07-03085 SBA |
| | ) | CLERK'S NOTICE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                              FOR THE COURT,
                              Richard W. Wieking, Clerk


                              By: _Lisa R. Clark_____
                                  LISA R. CLARK
                                  Courtroom Deputy




To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104

6
     Wayne  Silver
7    333 W. El Camino Real
     Sunnyvale,  CA 94807

8
     Dated: September 19, 2007
9
                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                – 3 –

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE LAKUSTA, | ) | RELATED ACTIONS: |
| | ) | No. C 06-03431 SBA |
| _____ | ) | No. C 07-00227 SBA |
| | ) | No. C 07-03085 SBA |
| | ) | CLERK'S NOTICE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        By: _____
                                             LISA R. CLARK
                                             Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: September 19, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAKUSTA,                               )          RELATED ACTIONS:
                                             )          No. C 06-03431 SBA
_____              )          No. C 07-00227 SBA
                                             )          No. C 07-03085 SBA
                                             )          CLERK'S NOTICE
                                             )
                                             )
                                             )
                                             )
                                             )

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk

                                             By: _Lisa R. Clark_____
                                             LISA R. CLARK
                                             Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

                    Plaintiff,

**CERTIFICATE OF SERVICE**

    v.

IN RE: ALEXIS MAGER LAKUSTA et al,

                    Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

-2-

1   Sharon E. LaFountain
    13651 Saratoga-Synnyvale Road
2   Saratoga,  CA 95070

3   Thomas E. Carlson
    U.S. Bankruptcy Judge
4   USBC-San Francisco
    235 Pine St
5   P.O. Box 7341
    San Francisco,  CA 94104

6
    Wayne  Silver
7   333 W. El Camino Real
    Sunnyvale,  CA 94807

8
    Dated: September 19, 2007
9                                         Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 – 3 –

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE LAKUSTA, | ) | RELATED ACTIONS: |
| | ) | No. C 06-03431 SBA |
| _____ | ) | No. C 07-00227 SBA |
| | ) | No. C 07-03085 SBA |
| | ) | CLERK'S NOTICE |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Lisa R. Clark_____
LISA R. CLARK
Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

       Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

       Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: September 19, 2007

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

– 3 –

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAKUSTA,                    )            RELATED ACTIONS:

_____  )            No. C 06-03431 SBA
                                   )            No. C 07-00227 SBA
                                   )            No. C 07-03085 SBA
                                   )            CLERK'S NOTICE
                                   )
                                   )
                                   )
                                   )
                                   )

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

     **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 26, 2007, has been continued to Tuesday, October 16, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/19/07

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

                                          By: _____
                                             LISA R. CLARK
                                         Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

      Plaintiff,

**CERTIFICATE OF SERVICE**

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

      Defendant.         /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

David Duperrault
25 Metro Drive
Suite 600
San Jose, CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104

6
     Wayne  Silver
7    333 W. El Camino Real
     Sunnyvale,  CA 94807

8
     Dated: September 19, 2007
9
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    – 3 –