1259 El Camino Real #245
Menlo Park, California 94025

24 October 2007



The Honorable Saundra B. Armstrong
United States District Court
1301 Clay Street, Courtroom 3
Oakland, California 94612-5212

In re: Lakusta - RELATED ACTIONS:
~~No. C 06-03431 SBA~~ AML.
~~No. C 07-00227 SBA~~ AML.
No. C 07-03085 SBA

Dear Judge Armstrong,
  I would like to bring to your attention the following matters:

1.  On Tuesday, October 16, 2007 I appeared in your courtroom with the largest creditor of my bankruptcy estate for the scheduled case management conference. We were fully prepared, with documents in hand, to discuss any issues which needed to be addressed. Assuming that my case would follow, we sat through a two and a half hour pretrial conference in an unrelated matter.
    At approximately 3:30 p.m. we were informed by your Courtroom Deputy Lisa Clark that the case management conference had been cancelled and that a cancellation notice had been mailed the previous day. To date, I have still not received the notice to which Ms. Clark referred, nor any other directive from your Courtroom.
    Ms. Clark also informed us that the cancellation notice could be viewed online in the Clerk's Office. However, we were told in the Clerk's Office that the last posting in any of the above-referenced cases was my certificate of service regarding the notice of continuance I had previously been directed to file.

2.  Along with this letter, I will be filing the Case Management Statement which I had intended to hand you personally last Tuesday. I decided not to file the document in the Clerk's Office on October 16th because I first wanted to read the cancellation notice to which Ms. Clark referred.

3.  I will also be filing with the Clerk of the Court a Notice of Appeal to the Ninth Circuit regarding your September 25, 2007 Order. For good reason, I did not file anything in case no. 07-0227 WHA that could have been reasonably construed as a legal brief, as you yourself made note of in your Order by placing quotation marks around the word "brief". I fully expected to receive an order to show cause, per Judge Alsup's order to which you referred in your September 25th Order, and I was fully prepared to do so. Knowing from experience with the court system that it is better to file something rather than nothing at all, I simply put on record a statement so as not to ignore the scheduled date altogether. I also included with that statement a copy of my notice of related pending appeals, and a not a statement "that purports to detail the status of other lawsuits Lakusta has filed." As I am sure you must be aware, two of the cases that were included in that notice, the case which you have already ruled on and the case that remains before you, were subsequently transferred to you by your own orders.

I hope you will treat the case that remains in your Courtroom with the seriousness it deserves. Please keep in mind that I am a pro se litigant and that I am not familiar with many court practices and procedures. The cases which were transferred to you concern the very serious matter of an elaborate equity stripping scheme and an attorney-assisted cover-up operation, including false accusations that I am a "vexatious litigant". I am completely confident that Judge Carlson's rulings will be reversed by the Ninth Circuit Court.

Respectfully submitted,

_Alexis Mager Lakusta_
Alexis Mager Lakusta