UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXIS MAGER LAKUSTA, | ) | No. C 07-03085 SBA |
| | ) | |
| Appellant, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK EVANS *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case will be dismissed for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

Dated: 11/5/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

4

IN RE: ALEXIS MAGER LAKUSTA,

5

    Plaintiff,

6

  v.

7

IN RE: ALEXIS MAGER LAKUSTA et al,

8

    Defendant.

_____/

9

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

17

18

19

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

20

21

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

22

23

24

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

25

26

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

27

28

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga, CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco, CA 94104
6
     Wayne Silver
7    333 W. El Camino Real
     Sunnyvale, CA 94807
8
     Dated: November 6, 2007
9
                                              Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                         )
          Appellant,                     )          **ORDER**
                                         )
     vs.                                 )
                                         )
MARK EVANS *et al.*,                     )
                                         )
          Appellees.                     )
_____          )

     It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,
2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

     The appellees shall serve and file a brief within 20 days after service of appellant's brief.

     The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

     The appellees may serve and file a reply brief in response to appellant's brief relating to the
issues in any cross-appeal within 10 days after service of appellant's reply brief.

     Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be
deemed submitted for decision without oral argument, unless the Court orders otherwise.

     It is further ORDERED that, aside from the opening brief and other papers authorized by this
order, appellant shall not file any document with the Court unless the appellant is first granted leave to
do so.

     IT IS SO ORDERED.

_____

Dated: 11/5/07                           SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

1

2

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4    IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

5          Plaintiff,

**CERTIFICATE OF SERVICE**

6     v.

7    IN RE: ALEXIS MAGER LAKUSTA et al,

8          Defendant.

_____/

9

10    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.

11

12    That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

13    in the Clerk's office.

14

15

16     U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street

17    P.O. Box 7341
San Francisco,  CA 94120-7341

18

19     U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street

20    San Francisco,  CA 94104

21    Alexis Mager Lakusta
1259 El Camino Real #245

22    Menlo Park,  CA 94025

23

24    David  Duperrault
25 Metro Drive
Suite 600

25    San Jose,  CA 95110

26    Kathleen Joan Moorhead
100 N. Wiget Lane

27    Suite 150
Walnut Creek,  CA 94598

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga, CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco, CA 94104
6
   Wayne Silver
7  333 W. El Camino Real
   Sunnyvale, CA 94807
8
   Dated: November 6, 2007
9
                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6  ALEXIS MAGER LAKUSTA,               )           No. C 07-03085 SBA
                                       )
7              Appellant,              )           **ORDER**
                                       )
8       vs.                            )
                                       )
9  MARK EVANS *et al.*,                )
                                       )
10             Appellees.              )
   _____    )
11
12
13
14      It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,

15  2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

16      The appellees shall serve and file a brief within 20 days after service of appellant's brief.

17      The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

18      The appellees may serve and file a reply brief in response to appellant's brief relating to the

19  issues in any cross-appeal within 10 days after service of appellant's reply brief.

20      Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be

21  deemed submitted for decision without oral argument, unless the Court orders otherwise.

22      It is further ORDERED that, aside from the opening brief and other papers authorized by this

23  order, appellant shall not file any document with the Court unless the appellant is first granted leave to

24  do so.

25      IT IS SO ORDERED.

26

27                                          _____

28  Dated: 11/5/07                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

          Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

          Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025


David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

2

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga, CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco, CA 94104
6
     Wayne Silver
7    333 W. El Camino Real
     Sunnyvale, CA 94807
8
     Dated: November 6, 2007
9
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,              )          No. C 07-03085 SBA
                                   )
                  Appellant,       )          **ORDER**
                                   )
        vs.                        )
                                   )
MARK EVANS *et al.*,               )
                                   )
                  Appellees.       )
_____    )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007. If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 11/5/07

1

2

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4

IN RE: ALEXIS MAGER LAKUSTA,

Case Number: CV07-03085 SBA

5

            Plaintiff,

**CERTIFICATE OF SERVICE**

6

    v.

7

IN RE: ALEXIS MAGER LAKUSTA et al,

8

            Defendant.

_____/

9

10

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

12

13

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

18

19

20

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

21

22

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

23

24

25

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

26

27

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

28

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga,  CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco,  CA 94104
6
   Wayne  Silver
7  333 W. El Camino Real
   Sunnyvale,  CA 94807
8
   Dated: November 6, 2007
9
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                          )
            Appellant,                    )          **ORDER**
                                          )
      vs.                                 )
                                          )
MARK EVANS *et al.*,                      )
                                          )
            Appellees.                    )
_____          )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 11/5/07

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

2

**United States District Court**
For the Northern District of California

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga, CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco, CA 94104

6
   Wayne Silver
7  333 W. El Camino Real
   Sunnyvale, CA 94807

8
   Dated: November 6, 2007
9
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA

6   ALEXIS MAGER LAKUSTA,              )          No. C 07-03085 SBA
                                       )
7                  Appellant,          )          **ORDER**
                                       )
8          vs.                         )
                                       )
9   MARK EVANS *et al.*,               )
                                       )
10                 Appellees.          )
    _____)
11
12
13
14          It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,

15   2007.  If appellant fails to file a brief by this date, this case will be dismissed for failure to prosecute.

16          The appellees shall serve and file a brief within 20 days after service of appellant's brief.

            The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.
17
            The appellees may serve and file a reply brief in response to appellant's brief relating to the
18
     issues in any cross-appeal within 10 days after service of appellant's reply brief.
19
            Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be
20
     deemed submitted for decision without oral argument, unless the Court orders otherwise.
21
            It is further ORDERED that, aside from the opening brief and other papers authorized by this
22
     order, appellant shall not file any document with the Court unless the appellant is first granted leave to
23
     do so.
24
            IT IS SO ORDERED.
25
26
                                                     _Saundra B Armstrong_
27                                                   _____
     Dated: 11/5/07                                  SAUNDRA BROWN ARMSTRONG
28                                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025


David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

**United States District Court**
For the Northern District of California

2

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga,  CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco,  CA 94104
6
   Wayne  Silver
7  333 W. El Camino Real
   Sunnyvale,  CA 94807
8
   Dated: November 6, 2007
9
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,    )              No. C 07-03085 SBA
                         )
          Appellant,     )              **ORDER**
                         )
     vs.                 )
                         )
MARK EVANS *et al.*,     )
                         )
          Appellees.     )
_____ )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

_____
*Saundra B Armstrong*

Dated: 11/5/07                          SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

         Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

         Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1    Sharon E. LaFountain
     13651 Saratoga-Synnyvale Road
2    Saratoga,  CA 95070

3    Thomas E. Carlson
     U.S. Bankruptcy Judge
4    USBC-San Francisco
     235 Pine St
5    P.O. Box 7341
     San Francisco,  CA 94104
6
     Wayne  Silver
7    333 W. El Camino Real
     Sunnyvale,  CA 94807
8
     Dated: November 6, 2007
9
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                          )
                    Appellant,            )          **ORDER**
                                          )
          vs.                             )
                                          )
MARK EVANS *et al.*,                      )
                                          )
                    Appellees.            )
_____          )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007. If appellant fails to file a brief by this date, this case will be dismissed for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

_____

SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 11/5/07

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

              Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

              Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga,  CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco,  CA 94104
6
   Wayne  Silver
7  333 W. El Camino Real
   Sunnyvale,  CA 94807
8
   Dated: November 6, 2007
9
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3