UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                )          No. C 07-03085 SBA
                                     )
            Appellant,               )          **ORDER**
                                     )
      vs.                            )
                                     )
MARK EVANS *et al.*,                 )
                                     )
            Appellees.               )
_____     )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

Dated: 11/5/07

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

United States District Court
For the Northern District of California

2

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: November 6, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                )        No. C 07-03085 SBA
                                     )
          Appellant,                 )        **ORDER**
                                     )
     vs.                             )
                                     )
MARK EVANS *et al.*,                 )
                                     )
          Appellees.                 )
_____ )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

Dated: 11/5/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

2

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: November 6, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                )          No. C 07-03085 SBA
                                     )
              Appellant,             )          **ORDER**
                                     )
      vs.                            )
                                     )
MARK EVANS *et al.*,                 )
                                     )
              Appellees.             )
_____      )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

Dated: 11/5/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

    Plaintiff,

 v.

IN RE: ALEXIS MAGER LAKUSTA et al,

    Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1  Sharon E. LaFountain
   13651 Saratoga-Synnyvale Road
2  Saratoga,  CA 95070

3  Thomas E. Carlson
   U.S. Bankruptcy Judge
4  USBC-San Francisco
   235 Pine St
5  P.O. Box 7341
   San Francisco,  CA 94104
6
   Wayne  Silver
7  333 W. El Camino Real
   Sunnyvale,  CA 94807
8
   Dated: November 6, 2007
9
                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                         )
              Appellant,                 )          **ORDER**
                                         )
       vs.                               )
                                         )
MARK EVANS *et al.*,                     )
                                         )
              Appellees.                 )
_____          )

       It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

       The appellees shall serve and file a brief within 20 days after service of appellant's brief.

       The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

       The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

       Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

       It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

       IT IS SO ORDERED.

Dated: 11/5/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

         Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

         Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

United States District Court
For the Northern District of California

2

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: November 6, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6   ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                            )
7                    Appellant,             )          **ORDER**
                                            )
8            vs.                            )
                                            )
9   MARK EVANS *et al.*,                     )
                                            )
10                   Appellees.             )
    _____          )
11
12
13
14        It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,

15   2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

16        The appellees shall serve and file a brief within 20 days after service of appellant's brief.

17        The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

18        The appellees may serve and file a reply brief in response to appellant's brief relating to the

19   issues in any cross-appeal within 10 days after service of appellant's reply brief.

20        Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be

21   deemed submitted for decision without oral argument, unless the Court orders otherwise.

22        It is further ORDERED that, aside from the opening brief and other papers authorized by this

23   order, appellant shall not file any document with the Court unless the appellant is first granted leave to

24   do so.

25        IT IS SO ORDERED.

26

27                                                    _Saundra B Armstrong_

28   Dated: 11/5/07                                    SAUNDRA BROWN ARMSTRONG
                                                       United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   Sharon E. LaFountain
    13651 Saratoga-Synnyvale Road
2   Saratoga,  CA 95070

3   Thomas E. Carlson
    U.S. Bankruptcy Judge
4   USBC-San Francisco
    235 Pine St
5   P.O. Box 7341
    San Francisco,  CA 94104
6
    Wayne  Silver
7   333 W. El Camino Real
    Sunnyvale,  CA 94807
8
    Dated: November 6, 2007
9
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS MAGER LAKUSTA,                    )          No. C 07-03085 SBA
                                         )
                    Appellant,           )          **ORDER**
                                         )
        vs.                              )
                                         )
MARK EVANS *et al.*,                     )
                                         )
                    Appellees.           )
_____         )

It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5, 2007. If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

The appellees shall serve and file a brief within 20 days after service of appellant's brief.

The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

The appellees may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal within 10 days after service of appellant's reply brief.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the Court orders otherwise.

It is further ORDERED that, aside from the opening brief and other papers authorized by this order, appellant shall not file any document with the Court unless the appellant is first granted leave to do so.

IT IS SO ORDERED.

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 11/5/07

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1   Sharon E. LaFountain
    13651 Saratoga-Synnyvale Road
2   Saratoga,  CA 95070

3   Thomas E. Carlson
    U.S. Bankruptcy Judge
4   USBC-San Francisco
    235 Pine St
5   P.O. Box 7341
    San Francisco,  CA 94104
6
    Wayne  Silver
7   333 W. El Camino Real
    Sunnyvale,  CA 94807
8
    Dated: November 6, 2007
9
                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6   ALEXIS MAGER LAKUSTA,                )          No. C 07-03085 SBA
                                         )
7              Appellant,                )          **ORDER**
                                         )
8        vs.                             )
                                         )
9   MARK EVANS *et al.*,                 )
                                         )
10             Appellees.                )
    _____  )
11
12
13
14          It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,
15   2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.
16          The appellees shall serve and file a brief within 20 days after service of appellant's brief.
17          The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.
18          The appellees may serve and file a reply brief in response to appellant's brief relating to the
19   issues in any cross-appeal within 10 days after service of appellant's reply brief.
20          Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be
21   deemed submitted for decision without oral argument, unless the Court orders otherwise.
22          It is further ORDERED that, aside from the opening brief and other papers authorized by this
23   order, appellant shall not file any document with the Court unless the appellant is first granted leave to
24   do so.
25          IT IS SO ORDERED.
26
27                                                 _____
                                                   *Saundra B Armstrong*
28   Dated: 11/5/07                                 SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

  v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

 U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

 U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

David  Duperrault
25 Metro Drive
Suite 600
San Jose,  CA 95110

Kathleen Joan Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek,  CA 94598

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   Sharon E. LaFountain
    13651 Saratoga-Synnyvale Road
2   Saratoga,  CA 95070

3   Thomas E. Carlson
    U.S. Bankruptcy Judge
4   USBC-San Francisco
    235 Pine St
5   P.O. Box 7341
    San Francisco,  CA 94104
6
    Wayne  Silver
7   333 W. El Camino Real
    Sunnyvale,  CA 94807
8
    Dated: November 6, 2007
9
                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

5

6   ALEXIS MAGER LAKUSTA,           )              No. C 07-03085 SBA
                                    )
7                Appellant,         )              **ORDER**
                                    )
8        vs.                        )
                                    )
9   MARK EVANS *et al.*,            )
                                    )
10               Appellees.         )
    _____ )

11

12

13

14          It is hereby ORDERED that the appellant shall serve and file a brief no later than December 5,

15   2007.  If appellant fails to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute.

16          The appellees shall serve and file a brief within 20 days after service of appellant's brief.

            The appellant may serve and file a reply brief within 10 days after service of appellees' briefs.

17          The appellees may serve and file a reply brief in response to appellant's brief relating to the

18   issues in any cross-appeal within 10 days after service of appellant's reply brief.

19          Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be

20   deemed submitted for decision without oral argument, unless the Court orders otherwise.

21          It is further ORDERED that, aside from the opening brief and other papers authorized by this

22   order, appellant shall not file any document with the Court unless the appellant is first granted leave to

23   do so.

24          IT IS SO ORDERED.

25

26                                              _____
                                                 *Saundra B Armstrong*
27
     Dated: 11/5/07                             SAUNDRA BROWN ARMSTRONG
28                                              United States District Judge

1
2
3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4   IN RE: ALEXIS MAGER LAKUSTA,

5              Plaintiff,

6      v.

7   IN RE: ALEXIS MAGER LAKUSTA et al,

8              Defendant.
    _____/

9

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
     Northern District of California.

11

12   That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
13   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
     in the Clerk's office.

14

15    U.S. Bankruptcy Court, No. District of CA (San Francisco)
16   Clerk's Office
     235 Pine Street
17   P.O. Box 7341
     San Francisco,  CA 94120-7341

18    U.S. Trustee
19   Office of the U.S. Trustee/SF
     235 Pine Street
20   San Francisco,  CA 94104

21   Alexis Mager Lakusta
     1259 El Camino Real #245
22   Menlo Park,  CA 94025

23
     David  Duperrault
24   25 Metro Drive
     Suite 600
25   San Jose,  CA 95110

26   Kathleen Joan Moorhead
     100 N. Wiget Lane
27   Suite 150
     Walnut Creek,  CA 94598

28

**United States District Court**
For the Northern District of California

2

Sharon E. LaFountain
13651 Saratoga-Synnyvale Road
Saratoga,  CA 95070

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Wayne  Silver
333 W. El Camino Real
Sunnyvale,  CA 94807

Dated: November 6, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3