## PROOF OF SERVICE BY MAIL



**Case Name:**          **Alexis Mager Lakusta, Appellant**
                        **vs. Mark H. Evans, et al.,  Appellees**

                        **No. C-07-03085 SBA**

Shridhar Gore declares:

I am over the age of 18 years, not a party to this action, and I am self-employed at Post N' More in Menlo Park, California.

On December 6, 2007, I placed for collection and mailing, at Menlo Park, California, a copy of the attached:

> **APPLICATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**
>
> **DECLARATION IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF, dated and filed December 5, 2007**
>
> **DECLARATION IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF, dated December 6, 2007**
>
> **[PROPOSED] ORDER**

in a sealed envelope, with postage thereon fully prepaid, addressed to:

> Stephen D. Pahl
> Catherine Schlomann Robertson
> Pahl and McCay
> 225 West Santa Clara Street
> Suite 1500
> San Jose, CA 95113-1700
>
> Kathleen J. Moorhead
> 100 N. Wiget Lane, Suite 150
> Walnut Creek, CA 94598
>
> Sharon E. LaFountain
> Chicago Title Company
> 675 N. 1st Street
> Suite 300
> San Jose, CA 95112-5111

James Roberts
Roberts and Elliott LLP
Ten Almaden Blvd.
Suite 500
San Jose, CA 95113

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807

U. S. Bankruptcy Court, San Francisco
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Thomas E. Carlson
USBC–San Francisco
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, the correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

DATED:  December 6, 2007

_____
Shridhar Gore