IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | No. C 07-03085 SBA |
| ALEXIS MAGER LAKUSTA, | **ORDER** |
| Debtor. | |
| _____ / | |

The instant bankruptcy appeal appears to be the fourth of five cases that debtor Alexis Mager Lakusta, who has been declared a vexatious litigant by the bankruptcy court,[1] has filed in federal district court since May of 2006, all of which appear to arise from, in one fashion or another, an underlying bankruptcy ruling Lakusta considers unfavorable. *See In re Alexis Mager Lakusta,* C 06-03431-SBA (filed May 26, 2006); *Lakusta v. Evans et al*, C 06-06105-PJH (filed September 29, 2006); *Lakusta v. US Trustee*, C 07-00227-SBA (filed January 12, 2007); *Lakusta v. Simms*, 07-05161-JSW (filed October 9, 2007).

The initial bankruptcy appeal was dismissed without prejudice by this Court because, after being granted two extensions to file his opening brief, Lakusta failed to perfect the record and filed an unintelligible opening brief. *See In re Alexis Mager Lakusta,* C 06-03431-SBA, Docket No. 25. In *Lakusta v. US Trustee*, C 07-00227-SBA, the Court denied Lakusta's "emergency" request to place the briefing schedule on hold in that action and ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. *See Lakusta v. US Trustee*, C 07-00227-SBA, Docket Nos. 21 & 22. Because Lakusta failed to file an opening brief, that case was dismissed for failure to prosecute on September 25, 2007.

Lakusta commenced the instant bankruptcy appeal pro se in this Court on June 13, 2007. Lakusta again appeals the bankruptcy court's May 12, 2006 Order Denying Debtor's Motion for Abandonment.

---

[1] *See In re Lakusta,* 2007 WL 2255230 (N.D. Cal. August 3, 2007) (affirming bankruptcy court's September 8, 2006 order in adversary case no. 03-3549 TC (Chapter 7 case no. 02-31521 STC) declaring Lakusta a vexatious litigant).

On November 6, 2007 – nearly five months after this case was initially filed – the Court ordered Lakusta to file an opening brief by no later than December 5, 2007. Specifically in light of Lakusta's repeated history of requesting extensions to file opening briefs, the order unambiguously stated: "If appellant fails to file a brief by this date, this case will be dismissed for failure to prosecute." *See* Docket No. 14 at 1 (emphasis in original).

True to form, rather than file an opening brief, and in direct violation of this Court's order, on December 5, 2007, Lakusta filed an "Application for Extension of Time to File Opening Brief, " "Judge Armstrong's order not withstanding." Docket No. 15 at 1. The gravamen of this motion appears to be that Lakusta has so multiplied the proceedings related to the underlying bankruptcy case (he has, by his own tally, one appeal pending before the California Court of Appeal, two appeals pending before this Court, and two appeals pending before the United States Court of Appeals for Ninth Circuit) that he cannot keep up with the briefing schedule in all of them. However, while Lakusta states that "an extension of time to file and serve his opening brief in this appeal is not unreasonable in light of the concurrent filing deadlines in immediately related cases," Lakusta identifies no such "concurrent filing deadlines," and, in any case, Lakusta was afforded nearly six months from the date he filed the instant appeal to file an opening brief.

Despite the Court's admonition that if he failed to timely file an opening brief this case would be dismissed, Lakusta failed to timely file an opening brief. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. Lakusta's bankruptcy appeal is dismissed, this time WITH PREJUDICE. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 1/10/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

     Plaintiff,

v.

IN RE: ALEXIS MAGER LAKUSTA et al,

     Defendant.

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: January 10, 2008

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | No. C 07-03085 SBA |
| ALEXIS MAGER LAKUSTA, | **ORDER** |
| Debtor. | |

The instant bankruptcy appeal appears to be the fourth of five cases that debtor Alexis Mager Lakusta, who has been declared a vexatious litigant by the bankruptcy court,[1] has filed in federal district court since May of 2006, all of which appear to arise from, in one fashion or another, an underlying bankruptcy ruling Lakusta considers unfavorable. *See In re Alexis Mager Lakusta,* C 06-03431-SBA (filed May 26, 2006); *Lakusta v. Evans et al*, C 06-06105-PJH (filed September 29, 2006); *Lakusta v. US Trustee*, C 07-00227-SBA (filed January 12, 2007); *Lakusta v. Simms*, 07-05161-JSW (filed October 9, 2007).

The initial bankruptcy appeal was dismissed without prejudice by this Court because, after being granted two extensions to file his opening brief, Lakusta failed to perfect the record and filed an unintelligible opening brief. *See In re Alexis Mager Lakusta,* C 06-03431-SBA, Docket No. 25. In *Lakusta v. US Trustee*, C 07-00227-SBA, the Court denied Lakusta's "emergency" request to place the briefing schedule on hold in that action and ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. *See Lakusta v. US Trustee*, C 07-00227-SBA, Docket Nos. 21 & 22. Because Lakusta failed to file an opening brief, that case was dismissed for failure to prosecute on September 25, 2007.

Lakusta commenced the instant bankruptcy appeal pro se in this Court on June 13, 2007. Lakusta again appeals the bankruptcy court's May 12, 2006 Order Denying Debtor's Motion for Abandonment.

---

[1] *See In re Lakusta,* 2007 WL 2255230 (N.D. Cal. August 3, 2007) (affirming bankruptcy court's September 8, 2006 order in adversary case no. 03-3549 TC (Chapter 7 case no. 02-31521 STC) declaring Lakusta a vexatious litigant).

1  On November 6, 2007 – nearly five months after this case was initially filed – the Court ordered Lakusta
2  to file an opening brief by no later than December 5, 2007. Specifically in light of Lakusta's repeated
3  history of requesting extensions to file opening briefs, the order unambiguously stated: "If appellant fails
4  to file a brief by this date, this case <u>will be dismissed</u> for failure to prosecute." *See* Docket No. 14 at 1
5  (emphasis in original).

6  True to form, rather than file an opening brief, and in direct violation of this Court's order, on
7  December 5, 2007, Lakusta filed an "Application for Extension of Time to File Opening Brief, " "Judge
8  Armstrong's order not withstanding." Docket No. 15 at 1. The gravamen of this motion appears to be that
9  Lakusta has so multiplied the proceedings related to the underlying bankruptcy case (he has, by his own
10 tally, one appeal pending before the California Court of Appeal, two appeals pending before this Court,
11 and two appeals pending before the United States Court of Appeals for Ninth Circuit) that he cannot keep
12 up with the briefing schedule in all of them. However, while Lakusta states that "an extension of time
13 to file and serve his opening brief in this appeal is not unreasonable in light of the concurrent filing
14 deadlines in immediately related cases," Lakusta identifies no such "concurrent filing deadlines," and,
15 in any case, Lakusta was afforded nearly six months from the date he filed the instant appeal to file an
16 opening brief.

17 Despite the Court's admonition that if he failed to timely file an opening brief this case would be
18 dismissed, Lakusta failed to timely file an opening brief. Accordingly, IT IS HEREBY ORDERED that
19 the judgment of the Bankruptcy Court is AFFIRMED. Lakusta's bankruptcy appeal is dismissed, this
20 time WITH PREJUDICE. The Clerk shall close the file and terminate any pending matters.

21  IT IS SO ORDERED.

Dated: 1/10/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

     Plaintiff,

 v.

IN RE: ALEXIS MAGER LAKUSTA et al,

     Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco,  CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco,  CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park,  CA 94025

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco,  CA 94104

Dated: January 10, 2008

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE | No. C 07-03085 SBA |
| ALEXIS MAGER LAKUSTA, | **ORDER** |
| Debtor. | |
| _____/ | |

The instant bankruptcy appeal appears to be the fourth of five cases that debtor Alexis Mager Lakusta, who has been declared a vexatious litigant by the bankruptcy court,[1] has filed in federal district court since May of 2006, all of which appear to arise from, in one fashion or another, an underlying bankruptcy ruling Lakusta considers unfavorable. *See In re Alexis Mager Lakusta,* C 06-03431-SBA (filed May 26, 2006); *Lakusta v. Evans et al*, C 06-06105-PJH (filed September 29, 2006); *Lakusta v. US Trustee*, C 07-00227-SBA (filed January 12, 2007); *Lakusta v. Simms*, 07-05161-JSW (filed October 9, 2007).

The initial bankruptcy appeal was dismissed without prejudice by this Court because, after being granted two extensions to file his opening brief, Lakusta failed to perfect the record and filed an unintelligible opening brief. *See In re Alexis Mager Lakusta,* C 06-03431-SBA, Docket No. 25. In *Lakusta v. US Trustee*, C 07-00227-SBA, the Court denied Lakusta's "emergency" request to place the briefing schedule on hold in that action and ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. *See Lakusta v. US Trustee*, C 07-00227-SBA, Docket Nos. 21 & 22. Because Lakusta failed to file an opening brief, that case was dismissed for failure to prosecute on September 25, 2007.

Lakusta commenced the instant bankruptcy appeal pro se in this Court on June 13, 2007. Lakusta again appeals the bankruptcy court's May 12, 2006 Order Denying Debtor's Motion for Abandonment.

---

[1] *See In re Lakusta,* 2007 WL 2255230 (N.D. Cal. August 3, 2007) (affirming bankruptcy court's September 8, 2006 order in adversary case no. 03-3549 TC (Chapter 7 case no. 02-31521 STC) declaring Lakusta a vexatious litigant).

1  On November 6, 2007 – nearly five months after this case was initially filed – the Court ordered Lakusta
2  to file an opening brief by no later than December 5, 2007. Specifically in light of Lakusta's repeated
3  history of requesting extensions to file opening briefs, the order unambiguously stated: "If appellant fails
4  to file a brief by this date, this case will be dismissed for failure to prosecute." *See* Docket No. 14 at 1
5  (emphasis in original).

6  True to form, rather than file an opening brief, and in direct violation of this Court's order, on
7  December 5, 2007, Lakusta filed an "Application for Extension of Time to File Opening Brief, " "Judge
8  Armstrong's order not withstanding." Docket No. 15 at 1. The gravamen of this motion appears to be that
9  Lakusta has so multiplied the proceedings related to the underlying bankruptcy case (he has, by his own
10 tally, one appeal pending before the California Court of Appeal, two appeals pending before this Court,
11 and two appeals pending before the United States Court of Appeals for Ninth Circuit) that he cannot keep
12 up with the briefing schedule in all of them. However, while Lakusta states that "an extension of time
13 to file and serve his opening brief in this appeal is not unreasonable in light of the concurrent filing
14 deadlines in immediately related cases," Lakusta identifies no such "concurrent filing deadlines," and,
15 in any case, Lakusta was afforded nearly six months from the date he filed the instant appeal to file an
16 opening brief.

17 Despite the Court's admonition that if he failed to timely file an opening brief this case would be
18 dismissed, Lakusta failed to timely file an opening brief. Accordingly, IT IS HEREBY ORDERED that
19 the judgment of the Bankruptcy Court is AFFIRMED. Lakusta's bankruptcy appeal is dismissed, this
20 time WITH PREJUDICE. The Clerk shall close the file and terminate any pending matters.

21 IT IS SO ORDERED.

Dated: 1/10/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.
_____/

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: January 10, 2008

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE                                                          No. C 07-03085 SBA

ALEXIS MAGER LAKUSTA,                   **ORDER**

                 Debtor.

_____/

        The instant bankruptcy appeal appears to be the fourth of five cases that debtor Alexis Mager Lakusta, who has been declared a vexatious litigant by the bankruptcy court,[1] has filed in federal district court since May of 2006, all of which appear to arise from, in one fashion or another, an underlying bankruptcy ruling Lakusta considers unfavorable. *See In re Alexis Mager Lakusta,* C 06-03431-SBA (filed May 26, 2006); *Lakusta v. Evans et al*, C 06-06105-PJH (filed September 29, 2006); *Lakusta v. US Trustee*, C 07-00227-SBA (filed January 12, 2007); *Lakusta v. Simms*, 07-05161-JSW (filed October 9, 2007).

        The initial bankruptcy appeal was dismissed without prejudice by this Court because, after being granted two extensions to file his opening brief, Lakusta failed to perfect the record and filed an unintelligible opening brief. *See In re Alexis Mager Lakusta,* C 06-03431-SBA, Docket No. 25. In *Lakusta v. US Trustee*, C 07-00227-SBA, the Court denied Lakusta's "emergency" request to place the briefing schedule on hold in that action and ordered Lakusta to file an opening brief by July 16, 2007, or be prepared to show cause why the case should not be dismissed for failure to prosecute. *See Lakusta v. US Trustee*, C 07-00227-SBA, Docket Nos. 21 & 22. Because Lakusta failed to file an opening brief, that case was dismissed for failure to prosecute on September 25, 2007.

        Lakusta commenced the instant bankruptcy appeal pro se in this Court on June 13, 2007. Lakusta again appeals the bankruptcy court's May 12, 2006 Order Denying Debtor's Motion for Abandonment.

---

[1] *See In re Lakusta,* 2007 WL 2255230 (N.D. Cal. August 3, 2007) (affirming bankruptcy court's September 8, 2006 order in adversary case no. 03-3549 TC (Chapter 7 case no. 02-31521 STC) declaring Lakusta a vexatious litigant).

On November 6, 2007 – nearly five months after this case was initially filed – the Court ordered Lakusta to file an opening brief by no later than December 5, 2007. Specifically in light of Lakusta's repeated history of requesting extensions to file opening briefs, the order unambiguously stated: "If appellant fails to file a brief by this date, this case will be dismissed for failure to prosecute." *See* Docket No. 14 at 1 (emphasis in original).

True to form, rather than file an opening brief, and in direct violation of this Court's order, on December 5, 2007, Lakusta filed an "Application for Extension of Time to File Opening Brief, " "Judge Armstrong's order not withstanding." Docket No. 15 at 1. The gravamen of this motion appears to be that Lakusta has so multiplied the proceedings related to the underlying bankruptcy case (he has, by his own tally, one appeal pending before the California Court of Appeal, two appeals pending before this Court, and two appeals pending before the United States Court of Appeals for Ninth Circuit) that he cannot keep up with the briefing schedule in all of them. However, while Lakusta states that "an extension of time to file and serve his opening brief in this appeal is not unreasonable in light of the concurrent filing deadlines in immediately related cases," Lakusta identifies no such "concurrent filing deadlines," and, in any case, Lakusta was afforded nearly six months from the date he filed the instant appeal to file an opening brief.

Despite the Court's admonition that if he failed to timely file an opening brief this case would be dismissed, Lakusta failed to timely file an opening brief. Accordingly, IT IS HEREBY ORDERED that the judgment of the Bankruptcy Court is AFFIRMED. Lakusta's bankruptcy appeal is dismissed, this time WITH PREJUDICE. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 1/10/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

        Plaintiff,

v.

IN RE: ALEXIS MAGER LAKUSTA et al,

        Defendant.

Case Number: CV07-03085 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, No. District of CA (San Francisco)
Clerk's Office
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U.S. Trustee/SF
235 Pine Street
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
U.S. Bankruptcy Judge
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104

Dated: January 10, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

3