UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin　　　　San Francisco Bankruptcy Court　　　　(415) 268-2300
Clerk of Court　　　　　　235 Pine St.
　　　　　　　　　　　　　P.O. Box 7341
　　　　　　　　　　San Francisco, CA 94120-7341

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**FILED**

JAN 1 1 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Re: Alexis Mager Lakusta
*Bk No. 02-31521 TEC*
*District Court No. 07-3085 SBA*

**FILED**

JAN 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Mr. Wieking:

We are transmitting the following documents to your court:

[ ] Enclosed please find copies of Notice of Appeal in the above bankruptcy case.

[ ] Enclosed please find the certified docket report and a copy of the order that is being appealed.

[X] Enclosed please find the Appellant's Designation of Record For Matter On Appeal and Items Designated.

[ ] Enclosed please find the copies of pleadings in amended designation of record for an appeal that has been previously sent to the district court.

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to *U.S. Bankruptcy Court, San Francisco Division.*

　　　　　　　　　　　　　　　　　　　　Gloria L. Franklin, Clerk
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Dated: January 11, 2008　　　　　　　By: _/s/ Michelle Walker_
　　　　　　　　　　　　　　　　　　　　Michelle Walker, Deputy Clerk

Alexis Mager Lakusta,
*in propria persona*
1259 El Camino Real #245
Menlo Park, CA 94025
(650) 566-9971

FILED
JAN 10 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No.: No. 02-31521
 ) Chapter 7
Alexis Mager Lakusta,  )
 ) Case No. C 07-03085 SBA
          Debtor, Appellant  )
 )
v.  )
 ) **DESIGNATION OF THE RECORD**
Mark Evans, et al.  ) **FOR MATTER ON APPEAL**
 )
          Appellees  )
_____)

### ITEMS TO BE INCLUDED IN THE RECORD FOR THIS APPEAL

## VOL. 1:

1. Application for Order Shortening Time and Limiting Time and Limiting Notice on Motion for Abandonment

2. Schuricht Declaration Supporting (1) Application for Order Shortening Time, Etc., and (2) Motion for Abandonment

3. Lakusta Declaration Supporting (1) Application for Order Shortening Time, Etc., and (2) Motion for Abandonment

4. A proposed Order Shortening Time and Limiting Notice on Motion for Abandonment

5. Notice of Hearing on Lakusta's Motion for Abandonment

6. Lakusta's Motion for Abandonment

7. Lakusta's Memorandum of Points and Authorities Supporting Motion for Abandonment

DESIGNATION OF THE RECORD FOR MATTER ON APPEAL - 1

8. Certificate of Service of Notice of Hearing on Lakusta's Motion for Abandonment

9. Supplemental Certificate of Service Re Lakusta's Motion for Abandonment

10. Order Granting Limited Relief from Stay, signed and filed April 16, 2006

11. Substitution of Attorney, May 11, 2006

12. Ex Parte Application for Order Authorizing Withdrawal of Debtor's Counsel

13. Certificate of Service of Ex Parte Application for Order Authorizing Withdrawal of Debtor's Counsel, Etc.

14. A proposed Order Authorizing Withdrawal of Debtor's Counsel

15. Faxed Letter to Jennifer Hayes, Law Clerk to the Honorable Thomas E. Carlson, with cover page and copy of Complaint filed in the Superior Court of the State of California on April 21, 2006, as requested by Judge Carlson

16. Faxed reply from the Hon. Thomas E. Carlson, May 11, 2006, including Memorandum and Order Denying Motion for Abandonment

17. Notices of Appeal and Statements of Election to Have Appeal Heard by the U. S. District Court, May 22, 2006, September 22, 2006, and December 28, 2006 (including Memorandum Re Order Directing Estate to Dismiss Action)

18. Letter of Understanding and Intent, March 15, 2002 [Exhibit "E" of item #26]

19. Partnership Agreement, dated March 26, 2002 [Exhibit "F" of item #26]

20. Estimated Settlement Statement, Chicago Title Company, File No. 902696, Settlement Date April 22, 2002 [Lakusta's Exhibit #1 at trial, May 13, 2005]

21. Grant Deed, 548 Old La Honda Road, dated March 26, 2002, copy of certified copy, and Grant Deed, 633 Old La Honda Road, dated April 16, 2002

22. Payment demand sheet provided by Mark Evans on approximately May 23, 2002, seeking "reimbursement" and payments totaling $166,322.00 [Exhibit C of item #62, Lakusta's declaration opposing Evans' motion]

23. Voluntary Petition, Alexis Mager Lakusta, June 4, 2002

24. Adversary Proceeding, Lakusta vs. Evans, June 10, 2002

25. Application for Temporary Retraining Order as to Disposal of Property and Setting Hearing on Preliminary Injunction; Memorandum of Points and Authorites in Support of Granting a Temporary Restraining Order (June 7, 2002)

26. Declaration of Alexis Mager Lakusta in Support of Application for Preliminary Injunction, June 13, 2002 [including Motion for Preliminary Injunction, dated June 13, 2002]

27. <u>All other</u> Temporary Restraining [Order] Documents in the record, <u>including</u> Lakusta's Declaration in Support of TRO [and Lis Pendens, June 13, 2002]

28. Order Granting Temporary Restraining Order and Setting Hearing of Preliminary Injunction, June 13, 2002

29. Summary of Schedules, Alexis Mager Lakusta, July 8, 2002

30. Transcript of July [9], 2002 341 Meeting of Creditors

31. Email to David Duperrault from Terri Molinaro, July 16, 2002, 2:22 p.m., with attachments California Civil Code §1895-1695.17 and §2945-2946.11

32. Email to David Duperrault from David Boone, July 17, 2002, 11:50 a.m.

## VOL. 2:

33. Confidential Settlement Communications: Letter to David A. Boone from David Duperrault, July 18, 2002

34. Initial draft of Settlement Agreement (July 18, 2002) – for this entry and #35 please see "Defendant Mark H. Evans' List of Exhibits", filed May 02, 2005 [versions <u>renumbered</u> **(1)** through **(9)** by Lakusta <u>to reflect order of creation</u>]

35. Draft Settlement Agreements (1) through (8) from July 18, 2005, per "Mark H. Evans' List of Exhibits", exhibit E., filed May 02, 2005

36. Supplemental Agreement (all versions), dated July 16, 2002 (please check Evans' exhibits)

37. Executed Settlement Agreement and Release, dated July 16, 2002 (actual date of document: July 18, 2002)

38. Reporter's Transcript, prepared by Linda Pugliese, CSR, for July 18, 2002

39. Promissory Note Secured by Deed of Trust, July 18, 2002

40. Deed of Trust, July 18, 2002, with Certificate of Acknowledgement of Notary Public for David A. Boone and Request for Full Reconveyance to Chicago Title Company

41. Notice of Debtor's Intent to Enter Into Compromise of Controversy (signed by David A. Boone)

42. Letter to Ms. Higgins from David Duperrault, July 25, 2002

43. Email to David Boone from David Duperrault, July 30, 2002, 6:59 p.m.

44. Email to David Duperrault from David Boone, July 31, 2002, 10:29 a.m.

45. Order Approving Compromise of Controversy, August 19, 2002

DESIGNATION OF THE RECORD FOR MATTER ON APPEAL - 3

46. Email to Mark Evans from David Duperrault, August 30, 2002, 11:13 a.m.
47. Email to David Boone from David Duperrault, September 11, 2002, 11:54 a.m.
48. Email to David Duperrault from David Boone, September, 14, 2002, 9:32 a.m.
49. Letter to Mark Evans from David Boone, September 27, 2002
50. Letter to Scott Goodsell from David Duperrault, October 8, 2002
51. Substitution of Counsel for Debtor, Northern District of California Bankruptcy Court, No. 02-31521 TC, filed October 8, 2002
52. Bill from Law Offices of David A. Boone directed to Alexis Mager Lakusta, dated October 16, 2002 [Exhibit "C" of Final Application of the Law Offices of David A. Boone for Allowance of Compensation and Reimbursement of Expenses under Employment as Counsel to Debtor dated 10/17/2002]
53. Notice of Hearing on Final Application of the Law Offices of David A. Boone for Allowance of Compensation and Reimbursement of Expenses Under Employment as Counsel to Debtor, November 8, 2002
54. Debtor's Objection to Final Fee Application (Law Offices of David A. Boone) November 8, 2002
55. Declaration of Alexis Lakusta in Support of Debtor's Objection to Final Fee Application, November 8, 2002 [and Declaration of Scott Goodsell in Support of Debtor's Objection to Final Fee Application –also listed as item #116]
56. Letter to David Duperrault from Scott Goodsell, November 25 2002
57. Motion to Enforce Settlement Agreement, December 6, 2002
58. Declaration of David Duperrault in Support of Motion to Enforce Settlement Agreement
59. Declaration of Mark Evans in Support of Motion to Enforce Settlement Agreement
60. Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22, 2002
61. Declaration of Scott Goodsell in Support of Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22, 2002
62. Declaration of Alexis Lakusta in Support of Opposition to Motion to Enforce Settlement Agreement and Cross-Motion to Vacate Order Approving Settlement, dated November 22. 2002

63. Transcript of Hearing, December 6, 2002

64. Creditor's Response to Order to Show Cause Why Case Should Not Be Converted to Chapter 7, December 19, 2002 (Maureen McQuaid, Attorneys for Thomas H. Tornga, Trustee)

65. Transcript of Hearing, December 19, 2002

**VOL. 3:**

66. Order Authorizing Trustee to Abandon Estate's Interest in Real Property [633 Old La Honda Road, Woodside, California], March 27, 2003

67. Ex Parte Application For Order Shortening Time to Consider Emergency Motion Motion for Clarification of Order Restricting Transfer of Property, April 24, 2003

68. Emergency Motion for Clarification of Order Restricting Transfer of Property. April 24, 2003, and all related documents

69. Order Granting Emergency Motion for Clarification of Order Restricting Transfer of Property, April 25, 2003

70. Summary of Schedules, Old La Honda Properties, LLC, May 13, 2003

71. Stipulation and Order of Dismissal, June 18, 2003

72. Complaint for Unlawful Detainer, June 23, 2003

73. Complaint for Relief Bases on Cancellation of Contract; For Money Damages; and for Damages for Fraud, CC 1695 et seq.

74. Declaration Re: Daily Rental Value Date Unlawful Detainer Complaint was Filed, August 5, 2003

75. Transcript of Motion for Relief from Stay, August 5, 2003

76. Transcript of Unlawful Detainer Trial, August 5, 2003

77. Unlawful Detainer Judgment, August 5, 2003

78. Writ of Possession, August 5 2003

79. Notice of Cancellation 8/14/03, Mark Evans and to Responsible Indiv Old La Honda Properties LLC, Shirley Scaglione, Chicago Title Company (3 pages) [also Exhibit 22 of item #90, Lakusta's Declaration Supporting Opposition to Confirmation of Sale]

80. Notice of Motion and Motion to Object to Annulment and Relief from Stay, August 15, 2003

81. Notice of Motion and Motion for Annulment and Relief from Stay, August [11], 2003 [same as item #131]

82. Transcript of Hearing, August 18, 2003

83. Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 [633 Old La Honda Road, Woodside, CA], September 8, 2003

84. Transcript of Hearing, September 8, 2003

**VOL. 4:**

85. Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 [633 Old La Honda Road, Woodside, CA], October 14, 2003

86. Transcript of Hearing, October 14, 2003

87. Status Conference Statement, January

88. Lakusta's Opposition to Confirmation of Sale, April 5, 2004, including all exhibits

89. Katzen's Declaration Opposing Sale Confirmation, April 5. 2004

90. Lakusta's Declaration Supporting Opposition to Confirmation of Sale, April 5, 2004

91. Abandonment order that confirms Notice of Trustee's Intention to Abandon Estate's Interest in Real Property and Opportunity for Hearing (548 Old La Honda Road, Woodside, California), July 27, 2004: Order Authorizing Trustee to Abandon Estate's Interest in Real Property [548 Old La Honda Road, Woodside, California, dated August 20, 2004]

92. Notice of Motion for Order Disqualifying Opposing Counsel, April 26, 2005

93. Declaration of Alexis Mager Lakusta in Support of Motion to Disqualify Stephen D. Pahl, Esq., and the Law Firm of Pahl and Gosselin, April 26, 2005

94. Declaration of Stephen V. Wickersham in Support of a Motion to Disqualify Stephen D. Pahl, Esq. and the Law Firm of Pahl and Gosselin, April 26, 2005

95. Memorandum of Points and Authorities in Support of an Order Shortening Time on a Motion to Disqualify Stephen D. Pahl, Esq. and the Law Firm of Pahl and Gosselin, April 26, 2005

96. Declaration of Alexis Mager Lakusta in Support of Motion to Disqualify Stephen Pahl, Esq., and the Law Firm of Pahl and Gosselin in Reply to the Declaration of Stephen Pahl, Esq., May 4, 2005

97. Opposition to Motion Disqualifying Pahl and Gosselin, May 9, 2005, including supporting declarations by Stephen D. Pahl and Catherine Robertson

98. Billing Statement, Pahl and Gosselin, A.P.C. [Lakusta trial exhibit, May 13, 2005]

99. Transcript of Hearing on Motion to Disqualify Pahl and Gosselin, May 9, 2005 ("Sealed")

100. Pahl and Gosselin Trial Brief (Phase 1), May 02, 2005

101. Transcript of Deposition of David A. Boone, May 11, 2005

## VOL. 5:

102. Transcript of Trial Adversary Proceeding No.03-3549 TC, May 13, 2005 and

## VOL. 6:

transcript of Closing Arguments re Enforcement of Settlement Agreement and Ruling of the Court, May 19, 2005

103. Notice of Entry of Judgment After Trial and Judgment After Trial, June 8, 2005

104. Transcript of Motion to Declare Mr. Lakusta a Vexatious Litigant and to Enjoin Him from Further Proceedings, August 11, 2006

105. Letter to Judge Carlson dated November 20, 2006

106. Letter to Ron Oliner dated November 28, 2006, with attachments

107. Letter to Judge Carlson dated December 11, 2006, with attachments

108. Transcript of Statue Conference, December 11, 2006

109. Purchase Contract for 633 Old La Honda Road, submitted (1) by counsel for Evans on August 5, 2003 (partially illegible) and (2) at deposition of Alexis Mager Lakusta

110. Exhibits to 60b Motion filed June 8, 2006:
    Robert E. Patterson Declaration, May 20, 2006, with exhibit
    escrow document for 633 Old La Honda Road Purchase Contract [exhibit to Lakusta's declaration, item #90]
    escrow cancellation document 10/17/02 escrow no. 02970-000902605-001
    escrow documents for 548 Old La Honda Road Purchase Contract [also see item #152]
    escrow cancellation document 10/17/02 escrow no. 02970-000902606-001

Alexis Mager Lakusta,
*in propria persona*
1259 El Camino Real #245
Menlo Park, California 94025
(650) 566-9971

DESIGNATION OF THE RECORD FOR MATTER ON APPEAL - 7

Alexis Mager Lakusta,
*in propria persona*
1259 El Camino Real #245
Menlo Park, CA 94025
(650) 566-9971

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Alexis Mager Lakusta,<br><br>        Debtor, Appellant<br><br>v.<br><br>Mark Evans, et al.<br><br>        Appellees | ) Case No 02-31521<br>) Chapter 7<br>)<br>) Case No. C 07-03085 SBA<br>)<br>)<br>) **SUPPLEMENTAL DESIGNATION**<br>) **OF THE RECORD FOR APPEAL**<br>) **FROM ORDER DENYING DEBTOR'S**<br>) **MOTION FOR ABANDONMENT**<br>)<br>) |

**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD FOR THIS APPEAL**

# VOL. 7:

111. Grant Deed to 633 Old La Honda Road, dated September 11, 1990 (Henry and Rosemary Hayes to Alexis M. Lakusta) - transfer tax: $1,061.50

112. Grant Deed to 548 Old La Honda Road, dated December 12, 1996 (Muazam and Deborah Shaikh to Alexis M. Lakusta) - transfer tax: $407.00

113. Purchase Contract, 548 Old La Honda Road, Woodside, CA between Alexis M. Lakusta and Darleen Barnes, February 4, 2002 – purchase price: $400,000.00

114. Purchase Contract, 579 Old La Honda Road, Woodside, CA between Alexis M. Lakusta and Darrell Brooks/Suzanne Nourmand, February 5, 2002 – purchase price: $1,235,000.00

115. PRDS Exclusive Authorization and Right to Sell between Alexis Lakusta and Re/Max Pioneer, August 28, 2002 and Purchase Contract to sell 579 Old La Honda Road to Darrell Brooks and Suzanne Nourmand for $1,200,000.00

116. Declaration of Scott L. Goodsell in Support of Debtor's Objection to Final Fee Application (Law Offices of David A. Boone), November 4, 2002 [see item #54 and item #55]
    (650) 566-9971

SUPPLEMENTAL DESIGNATION OF THE RECORD FOR APPEAL FROM
ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT - 1

117. Stipulation to Dismiss Complaint Without Prejudice, November 26, 2002

118. Order to Show Cause Why Case Should Not Be Converted to Chapter 7, December 11, 2002

119. Response to OSC Re Conversion of Case to Chapter 7, December 16, 2002

120. Notice of Hearing on Motion to Sell Real Property Free and Clear of Liens and Interests (548 Old La Honda Road, Woodside, California), December 16, 2002

121. Memorandum of Points and Authorities in Support of Motion to Approve Sale of Certain Real Property Free and Clear of Liens and Interests (548 Old La Honda Road, Woodside, California), December 16, 2002

122. Declaration of Alexis Lakusta in Support of Motion to Approve Sale of Certain Real Property Free and Clear of Liens and Interests (548 Old La Honda Road, Woodside, California), December 16, 2002

123. Response by Mark Evans to Order to Show Cause Why Case Should Be Concerted to Chapter 7, December [16], 2007

124. Declaration of Mark Evans in Response to OSC, December 18, 2002

125. Preliminary Title Report, 633 Old La Honda Road, Woodside, California, January 31, 2003 [see Exhibit "A" of item #135, Declaration of Wayne A. Silver Re: Application for Order Shortening Time and for Application for Entry of Supplemental Order to Sell Asset of Estate Free and Clear of Liens and Interests and Related Relief, Old La Honda Properties, LLC, October 8, 2003]

126. Grant Deed, 633 Old La Honda Road, dated April 28, 2003 (Mark Evans to Old La Honda Properties, LLC) – transfer tax: $0.00

    Quitclaim Deed, 633 Old La Honda Road, dated October 20, 2003 (Mark Evans to Old La Honda Properties, LLC) - transfer tax: $0.00

127. Notice of Filing of Notice of Removal of Action 28 U.S.C. 1334 (B), 1452; F.R.B.P. 9027, June 30, 2003

128. Statement in Opposition to Petition for Injunction; Request for Judicial Notice, Mark Evans, July 12, 2003

129. Notice to Vacate, San Mateo County Sheriff's Office - Old La Honda Properties vs. Alexis M. Lakusta, August 5, 2003

130. Declaration of Mark Evans in Support of Motion to Sell Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 (633 Old La Honda Road, Woodside, CA), Old La Honda Properties, LLC, August 8, 2003

131. Notice of Motion and Motion for Annulment and Relief from Stay, Old La Honda Properties, LLC, August 11, 2003 [same as item #81]

132. Order Authorizing Debtor-in-Possession to List Real Property for Sale and Enter Into Exclusive Listing Agreement <u>(633 Old La Honda Road, Woodside, CA)</u>, Old La Honda Properties, September 8, 2003

133. Filed for Old La Honda Properties, LLC, September 10, 2003:

    - Notice of Motion and Motion to Sell Asset of Estate <u>(633 Old La Honda Road, Woodside, CA)</u>

    - Declaration of Mark Evans in Support of Motion to Sell Asset of Estate <u>(633 Old La Honda Road, Woodside, CA)</u>

    - Notice of Motion and Motion for Authorization to Borrow Funds Secured by Super-Priority Lien Under 11 U.S.C. §364(d)

    - Declaration of Mark Evans in Support of Motion for Authorization to Borrow Funds Secured by Super-Priority Lien Under 11 U.S.C. §364(d)

    - Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 <u>(633 Old La Honda Road, Woodside, CA)</u>

    - Order Authorizing Debtor-in-Possession to List Real Property for Sale and Enter into Exclusive Listing Agreement <u>(633 Old La Honda Road, Woodside, CA)</u>

134. Application for Order Shortening Time for Hearing of Application for Entry of Supplemental Order to Sell Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 and Related Relief Under 11 U.S.C. §105 <u>(633 Old La Honda Road, Woodside, CA)</u>, Old La Honda Properties, LLC October 8, 2003

135. Declaration of Wayne A. Silver Re: Application for Order Shortening Time and for Application for Entry of Supplemental Order to Sell Asset of Estate Free and Clear of Liens and Interests and Related Relief, Old La Honda Properties, LLC, October 8, 2003

136. Notice of Application and Application for Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 and Related Relief Under 11 U.S.C. §105 <u>(633 Old La Honda Road, Woodside, CA)</u>, Old La Honda Properties, LLC, October 8, 2003

137. Supplemental Order Authorizing Sale of Asset of Estate Free and Clear of Liens and Interests Under U.S.C. §363 <u>(Old La Honda Road, Woodside, CA)</u>, Old La Honda Properties, LLC, October 14, 2003

138. Deposition of Alexis Mager Lakusta:
    Volume 1, November 20, 2003 (including list of changes),
    Volume 2, December 8, 2003 (including list of changes),
    Volume 3, December 20. 2003

**VOL. 8:**

139. Debtor's Status Conference Statement, Old La Honda Properties, LLC, February 6, 2004

140. Notice of Levy, U.S. Marshall, April 1, 2004

141. Claims Register: Case no. 02-31521, $25,000 priority claim filed by David A. Boone, May, 27, 2004

142. Substitution of Attorney, Case no. 02-31521 TC, Alexis Mager Lakusta, In Pro Per, for Steven V. Wickersham, June 20, 2005

143. Objection to Motion for Abandonment, Wayne A. Silver, May 2, 2006

144. Objection to Motion for Abandonment by Debtor Lakusta, David A. Boone, May 4, 2006

145. Opposition to Motion for Abandonment, David V. Duperrault, Silicon Valley Law Group, May 5, 2006

146. Objection to Abandonment of Claims and Request to Declare Alexis Lakusta a Vexatious Litigant, Catherine Schlomann Robertson (PAHL AND GOSSELIN), May 5, 2006 [including Request for Judicial Notice in Support of Opposition to Lakusta's Motion for Abandonment and Request to Declare Lakusta a Vexatious Litigant, dated May 5, 2005]

147. Notice of Motion for Amendment of Judgment Under Rule 60(b) and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Amendment of Judgment Under Rule 60(b), June 21, 2005

148. Notice of Motion for Relief from Order Under Rule 60(b), June 24, 2005

149. Order Denying Motion for Amendment of Judgment Under Rule 60(b) and Memorandum Re Plaintiff's Motion for Amendment of Judgment Under Rule 60(b), July 19, 2005

150. Trustee's Final Report and Application for Compensation and Reimbursement of Expenses by Counsel for Chapter 7 Trustee, March 1, 2006

151. Notice of Filing of Final Report of Trustee and of Hearing on Application for Compensation  (And of Hearing of Abandonment of Property by the Trustee), April 28, 2006

152. Notice of Motion and Motion for Relief Under Rule 60(b) and Points and Authorities in Support of Motion for Relief Under Rule 60(b), with exhibits, filed June 8, 2006:

   - Robert E. Patterson Declaration in Motion to Vacate Trail Judgment Entered on June 8, 2005

- letter to Alexis Lakusta from Mickey Elizabeth Greer, trustee of Lakusta family trusts and largest creditor Lakusta bankruptcy estate, June 19, 2005

- Chicago Title Company ESCROW/ORDER STATUS document, 548 Old La Honda Road, ORDER NUMBER 02970-000902696, STATUS: CANCELLED 10/17/02

- Chicago Title Company SETTELMENT ENTRY RECEIPT
  ESCROW NUMBER:  02970-000902696-001 COM
  BUYER: EVANS, MARK H.
  TOTAL RECIEPTS:         0.00+

- Chicago Title Company DISBURSEMENT PROCESSING
  BUYER: EVANS, MARK H.
  ESCROW NUMBER:  02970-000902696-001 COM
  ORDER NUMBER:  02970-000902696
  CLOSER NAME:  Sharon LaFountain
  APPROVED RECEIPTS:      0.00+
  ISSUED DISBURSE:        0.00+

- Chicago Title Company ESCROW/ORDER STATUS document, 633 Old La Honda Road, ORDER NUMBER 02970-000902695, STATUS: CANCELLED 10/17/02

- <u>Dreams Foreclosed: The Rampant Theft of American Homes Through Equity-Stripping Foreclosure Rescue Scams</u> (actual pages: 66)

- Order Authorizing Sale of Assets of Estate Free and Clear of Liens and Interests Under 11 U.S.C. §363 <u>(633 Old La Honda Road, Woodside, CA)</u>, including paragraph 4 regarding "All of claims to the Proceeds....", signed by Judge Thomas E. Carlson, September 8, 2003

- excerpts from hearings In Re: Old La Honda Properties, September 8, 2003 and October 14, 2003

- "Deed Theft Criminals Get More Aggressive at Stealing Your Home", Charles Essmeier, March, 2006

- "Laws Add Risks for Equity Purchasers", <u>Foreclosures Today</u>, Warren Racine

- alleged "Settlement Agreement and Release", dated July 16, 2002 (actual date July 18, 2002)

## VOL. 9:

153. Transcript of hearing on Trustee's Final Report and Application for Compensation, June 21, 2006

154. Order Closing Case, June 23, 2006

155. Dated June 27, 2006 and signed by Ms. Catherine Schlomann Robertson (PAHL AND GOSSSELIN):

   - Notice of Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

   - Memorandum of Points and Authorities in Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

   - Declaration of Catherine Schlomann Robertson in Support of Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

   - Request for Judicial Notice In Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings

156. Supplemental Request for Judicial Notice In Support of Defendant's Motion to Declare Lakusta a Vexatious Litigant and Related Motion to Enjoin Filing of Future Pleadings, dated July 19, 2006 and signed by Ms. Robertson

157. Proof of Service of the following documents on Catherine Schlomann Robertson, Esq., PAHL AND GOSSELIN, on July 21, 2006:

   1.) Notice of Motion and Motion for Relief Under Rule 60(b),

   2.) Points and Authorities in Support of Motion for Relief Under Rule 60(b), and

   3.) Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended (copy included)

158. BENEFITS / DETRIMENTS ANALYSIS, July 16, 2002 Document, from Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended

159. Amended Notice to Declare Alexis Lakusta a Vexatious Litigant and Related Motion to Enjoin Future Filings, filed July 21, 2006 and signed by Ms. Robertson

160. Motion to Declare Alexis Lakusta a Vexatious Litigant and Related Motion to Enjoin Future Filings, filed July 21, 2006 and signed by Ms. Robertson

161. Certificate of Service of Amended Notice of Hearing of Declare Alexis Lakusta a Vexatious Litigant and related Motion to Enjoin Future Filings and supporting documentation, filed July 21, 2006

162. Order Denying Motion for Relief Under Rule 60(b), August 7, 2006 [no accompanying memorandum issued]

163. Notice of Intention to File Amended Points and Authorities in Support of Motion for Relief Under Rule 60(b), Amended, with Exhibits, including copy of "Point and Authorities in Support of Motion for Relief Under Rule 60(b), Amended" [see number 3.) under item #157, above], August 18, 2006

164. Memorandum Re Motion to Declare Alexis Lakusta a Vexatious Litigant, September 8, 2006

165. Designation of Contents for Inclusion in Record; Statement of Issues to Be Presented on Appeal by Respondent, dated December 7, 2006 and signed by Ms. Catherine Robertson

Alexis Mager Lakusta,
*in propria persona*
1259 El Camino Real #245
Menlo Park, California 94025
(650) 566-9971