MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Catherine Schlomann Robertson    136213<br>Pahl & McCay<br>225 W. Santa Clara St., Suite 1500<br>San Jose, CA 95113<br>TELEPHONE NO.: 408-286-5100    FAX NO. (Optional): 408-286-5722<br>E-MAIL ADDRESS (Optional): crobertson@pahl-mccay.com<br>ATTORNEY FOR (Name): Defendant Evans | |

XXXXXXXXXXXXXXXXXXXXXXXXXU.S. Bankruptcy Court
STREET ADDRESS: Northern District of California - San Francisco
MAILING ADDRESS: 235 Pine St., 20th Fl; P.O. Box 7341
CITY AND ZIP CODE: San Francisco, CA 94104
BRANCH NAME:

CASE NAME:
In re: Alexis Mager Lakusta

| SUBSTITUTION OF ATTORNEY - CIVIL<br>(Without Court Order) | CASE NUMBER:<br>4:07-cv-03085-SBA |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Mark Evans    makes the following substitution:

1. Former legal representative  ☐ Party represented self  ☒ Attorney (name): Pahl & McCay
2. New legal representative  ☒ Party is representing self*  ☐ Attorney
   a. Name: Mark Evans
   b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
   13651 Saratoga-Sunnyvale Road
   Saratoga, California 95070

   d. Telephone No. (include area code): (408) 892-6685
3. The party making this substitution is a  ☐ plaintiff  ☒ defendant  ☐ petitioner  ☐ respondent  ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: February 5, 2008

Mark Evans
(TYPE OR PRINT NAME)                    ► _____
                                          (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: February 7, 2008

PAHL & McCAY

Catherine Schlomann Robertson
(TYPE OR PRINT NAME)                    ► By: _____
                                          (SIGNATURE OF FORMER ATTORNEY)

6. ☐ I consent to this substitution.
   Date:

_____
(TYPE OR PRINT NAME)                    ► _____
                                          (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)    Page 1 of 2

| Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2007]<br>Martin Dean's ESSENTIAL FORMS™ | SUBSTITUTION OF ATTORNEY - CIVIL<br>(Without Court Order) | Code of Civil Procedure, §§ 284(1), 285<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |
|---|---|---|

3087-006