IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re: ALEXIS MAGER LAKUSTA,

    Debtor
_____/

ALEXIS MAGER LAKUSTA,

    Plaintiff/Appellant,

v.

MARK H. EVANS, CHICAGO TITLE COMPANY, SHARON E. LAFOUNTAIN, DAVID A. BOONE, OLD LA HONDA PROPERTIES, LLC,

    Defendants/Appellees
_____/

Case No. C-07-03085 SBA
Bkcy Case No. 02-31521 TC

## Notice of Appeal to United States Court of Appeals for the Ninth Circuit

Alexis Mager Lakusta, plaintiff, appeals to the United States Court of Appeals for the Ninth Circuit from District Court Judge Saundra Brown Armstrong's final Order, wherein Judge Thomas E. Carlson's ORDER DENYING DEBTOR'S MOTION FOR ABANDONMENT is affirmed. Judge Armstrong's Order is dated January 10, 2008 and was entered on the civil docket also on January 10, 2008.

Dated: February 11, 2008

_Alexis Mager Lakusta_
Alexis Mager Lakusta,
Plaintiff/Appellant, *in propria persona*
1259 El Camino Real #245
Menlo Park, CA 94025

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Service List

Appeal to United States Court of Appeals for the Ninth Circuit

Case No. C-07-03085 SBA
Bcky Case No. 02-31521 TC

Catherine Schlomann Robertson
Pahl and McCay
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1700

Kathleen J. Moorhead
100 N. Wiget Lane
Suite 150
Walnut Creek, CA 94598

Sharon E. LaFountain
Chicago Title Company
675 N. 1st Street
Suite 300
San Jose, CA 95112-5111

James Roberts
Roberts and Elliott LLP
Ten Almaden Blvd.
Suite 500
San Jose, CA 95113

Aron M. Oliner
Duane Morris LLP
1 Market St., Spear Tower, 20th Fl.
San Francisco, CA 94105-1104

David Duperrault and
Silicon Valley Law Group
25 Metro Drive, Suite 600
San Jose, CA 95110

Wayne A. Silver, Esq.
333 W. El Camino Real
Sunnyvale, CA 94807

Saundra Brown Armstrong
United States District Court
1301 Clay Street, Courtroom 3
Oakland, CA 94612-5212

USBC Manager – San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Thomas E. Carlson
USBC–San Francisco
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

U.S. Trustee
Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Julie Marie Glosson
Office of the U. S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611091817
Cashier ID: lenahac
Transaction Date: 02/11/2008
Payer Name: Alexis Mager Lakusta
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Alexis Mager Lakusta
 Case/Party: D-CAN-4-07-CV-003085-001
 Amount:         $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 0013701779
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```